UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

      Plaintiff,

    v.

      Case # cr-20-63

AWS MUWATAQ ABDULJABBER,

      Defendant

---

## MOTION FOR REDUCTION OF SENTENCE
### UNDER 18 USC §3582(c)(1)(A)(i)

NOW COMES the Defendant, acting pro se and in forma pauperis, with a Motion [...]

for Compassionate Release/Reduction in Sentence under 18 USC §3582(c)(1)(A)

(i).

November  , 2022

Submitted by: 

Aws Muwataq Abduljabber,
Pro se, in forma pauperis

NOV - 7 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Defendant, Aws Muwataq Abduljabber, acting pro se and in forma pauperis, hereby moves the Court for immediate release. Federal law provides that a court can reduce a term of imprisonment in certain cases. This is found in Title 18 of the United States Code, Section 3582(c)(1)(A)(i), commonly known as the "compassionate release" statute. Prior to December 2018, the court could only grant compassionate release upon a motion of the Director of the Bureau of Prisons (BOP). This gave the BOP sole discretion over whether or not to grant release to an inmate. The BOP's denials often override the opinions of those closest to the prisoner, like their doctors and wardens.

In December 2018 President Trump signed the First Step Act into law. The First Step Act gives inmates the right to petition the courts directly for compassionate release. As a result, the compassionate release statute now reads:

> (A) the court, upon the motion of the Director of the BOP, or upon
> motion of the defendant after the defendant has fully exhausted
> all administrative remedies (right) to appeal the failure of the
> BOP to bring a motion on the defendant's behalf, or on the lapse
> of thirty days from the receipt of such a request by the warden
> of the defendant's facility, whichever is earlier, may reduce the
> term of imprisonment (and may impose a term of probation or super-
> vised release with or without conditions that do not exceed the
> unserved portion of the original term of imprisonment), after con-
> sidering the factors set forth in Section 3553(a) to the extent
> that they are applicable if it finds that:
>
> > (i) extraordinary and compelling reasons warrant such
> > a reduction or;

(ii) the defendant is at least 70 years of age, has served at
least 30 years in prison, pursuant to a sentence imposed under
Section 3559(c), for the offense or offenses for which the def-
endant is currently imprisoned, and a determination has been made
by the Director of the BOP that the defendant is not a danger to
the safety of any person or the community as provided under Section
3142(g);

and that such a reduction is consistent with applicable policy state-
ments issued by the sentencing commission.

Subsection (A)(i) reads "extraordinary and compelling circumstances warrant
such a reduction". This subsection, however, is not further defined or ex-
plained, and as will be explained in the cases below, the applicable Comm-
ission guidelines, USSG 1B1.13, have not been updated to provide further
guidance. This means that in certain districts inmates may be able to receive
relief by directly petitioning the court under 18 USC §3582(c)(1)(A). Section
3582(c)(1)(A) permits the district court to reduce sentences (including terms
of supervised release) on the grounds the extenuating and compelling circum-
stances warrant such a reduction. §3582(c)(1)(A)(i), "Extraordinary and
Compelling Reasons", are in turn defined by the commentary in policy state-
ment USSG Manual 1B1.13 (see Appendix E). That commentary currently lists
four categories of such reasons: (1) the defendant's medical condition;
(2) age; (3) the defendant's family circumstances; and (4) other reasons...
The Petitioner is requesting a reduced sentence based on (1) the defendant's
current medical condition, (2) the defendant's age, and (4) other reasons.

The First Step Act of 2018 expressly permits sentencing courts to "impose a reduced sentence" for the defendants who are convicted of covered offenses. US v. Martin, 2019 US DIST. LEXIS 89940, n.7, (E.D.NY, 2019). Although no definition can be found for "Extraordinary and Compelling Reasons", Black's Law Dictionary defines "extraordinary" as "beyond what is usual, customary, regular, or common." Black's Law Dictionary, (11th Ed., 2019). Black's Law Dictionary defines "compelling need" as one "so great that irreperable harm or injustice would result if it is not met." Id.

The First Step Act did not change the statutory criteria for compassionate release, but it did change the procedures, so that the BOP is no longer an obstacle to a court's consideration of whether compassionate release is appropriate. US v. Fox, 2019 US DIST. LEXIS 115388, n.4, (DIST.ME, 2019). One district court has concluded that this policy statement (referring to the US Sentencing Commission policy statement) "provides helpful guidance", but "does not constrain the court's independent assessment", and "it is consistent with the old policy statement and with the Commission guidance more generally for courts to exercise similar discretion as that previously reserved to the BOP director in evaluating motions by defendants for com-passionate release." Id. See US v. Beck, 2019 US DIST. LEXIS 108542 (M.D. NC, 2019); US v. Cantu, 2019 US DIST. LEXIS 100923 (S.D.TX, 2019); US v. Sutelo, 2019 US DIST. LEXIS 135051 (E.D.PA, 2019); US v. Johns, US DIST. LEXIS 107850 (D.AZ, 2019).

In US v. Cantu, 2019 US DIST. LEXIS 100923 (S.D.TX), Cantu pled guilty to one count of racketeering and was originally sentenced to 290 months in prison. He sought release under 18 USC 3582, asking for a reduction in

sentence to time served to indicate that 30 days had elapsed from his re-
duction in sentence request to the Warden and a response. In a section
entitled "Increasing the Use and Transparency of Compassionate Release",
the First Step Act amended §3582(c)(1)(A) to allow courts to modify sentences
not only upon the motion of the Director of the BOP, but also upon "motion
of the defendant after the defendant has fully exhausted all administrative
remedies to appeal a failure of the BOP to bring a motion on the defendant's
behalf or the lapse of 30 days from the seat of such a request by the warden
of the defendant's facility." §603(b), 132 Stat. at 5239. The policy state-
ment regarding compassionate release sets forth three specific reasons that
are considered "extraordinary and compelling", as well as the catch-all
provision recognizing as "extraordinary and compelling" any other reasons
as determined by the Director of the BOP.

The court in Cantu examined USSG 1B1.13 to determine what the Sentencing
Commission considers "extraordinary and compelling". While Cantu had not
presented evidence about why his reasons were extraordinary and compelling,
the court determined that they had the power to make that determination.
This was in part because the First Step Act's enactment meant that the
policy statement (USSG 1B1.13) was no longer applicable to the statute and
meant that the policy statement did not provide guidance on the appropriate
use of sentence modification provisions under §3582. The court also relied
on the Rule of Lenity, which in this situation mandates that "when two
rational readings of a statute are possible, the one that treats the de-
fendant less harshly prevails", citing McNally v. US, 483 US 350, 359-60,
(1987). Finally, the court determined that the statute did not define or
place any limits on what "extraordinary and compelling reasons" might warrant

a reduction, citing Crowe v. US, 430 F. Appx. 484, 485 (6th C., 2011).

As stated, the Cantu court also determined that the statute did not define or place any limits on what "extraordinary and compelling reasons" might warrant such a reduction, citing Crowe v. US, 430 F. Appx. 484, 485 (6th C., 2011). Having determined that they had the authority to grant relief, the court determined that there were extraordinary and compelling reasons present in the case that warranted a reduction in sentence under §3582(c)(1)(A). Also, it is worth noting that the government's statement admitted that the court could issue an order that would cause the BOP to release the defendant. The court granted the release and amended his sentence to time served.

In US v. Beck, 2019 US DIST. LEXIS 108542 (M.D.NC, 2019), the court noted that there is no policy statement applicable to motions for compassionate release filed by defendants under the First Step Act. The court said the Sentencing Commission has not amended nor updated the old policy statement since the First Step Act was enacted, and that it was unlikely that they would soon, given that the US Sentencing Commission does not have sufficient members to vote to amend the guidelines. The court further determined that "courts may, on motions by the defendants, consider whether a sentence reduction is warranted for extraordinary and compelling reasons other than those specifically identified in the application notes to the old policy statements."

In US v. Urkevich, 8:03-cr-37, 2019 WL 6037391, (DIST. Nebraska, 2019) the court noted that "the commentary describes certain circumstances under which 'extraordinary and compelling reasons' for a reduction of sentence are deemed to exist, but the commentary does not suggest the list is exclusive. Application

Note 1(D) [see Appendix E], titled 'Other Reasons', is a catch-all provision, nothing that the Director may determine that "there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with, the reasons described in subdivisions (A) through (C).'" The court also stated that other courts have concluded that the Commission's failure to amend USSG §1B1.13 does not preclude a court from acting on motions using the Application Note 1(D) "catch-all provision". The court used this provision and reasoning to determine that the court's contemplation of a reduction in Urkevich's sentence is consistent with the Commission's policy statements.

The Second Circuit held in US v. Zullo, 976 F.3d 228, 237 (2nd Cir., 2020) that, absent updated guidance from the Sentencing Commission, the FSA freed district courts to consider any potentially extraordinary and compelling reason that a defendant might raise for compassionate release. Neither the USSG Manual §1B1.13, Application n.1(D), nor anything else in the now outdated version of §1B1.13, limits the district court's discretion. Turning to the text of Guideline §1B1.13, it is manifest that its language is clearly outdated and cannot be fully applicable. The very first words of the Guideline are "upon the motion of the Director of the BOP". (USSG §1B1.13). And that is precisely the requirement that the FSA expressly removed. See 18 USC §3582(c)(1)(A); Zullo at *235. See also US v. Aruda, 993 F.3d 797, 802 (9th Cir., 2021) and US v. Zacarias, 2022 US Dist. LEXIS 21940 (E.D.CA, 2022). Some courts have acted preemptively in an effort to get ahead of the game. (See Appendix A).

In the case at hand, the Petitioner has numerous extraordinary and compelling reasons to bring to the Court's attention, beginning with:

A. Prison Conditions

The defendant states that during his entire incarceration the BOP has been providing him with inadequate care with respect to diet, medical treatment, clothing, rehabilitation, and living conditions, resulting in an extraordinary and compelling reason. When a prisoner comes into FCI Loretto he is given used clothing—and that includes underwear, undershirts, and socks. Inadequate clothing is compounded by the fact that clothes often come back from the laundry smelling worse than they did before they were cleaned. Living conditions (room size, showers, toilets, and sinks) are not even close to what would be necessary to accomodate the number of inmates in the facility (see Appendix C). The Eighth Amendment places restraints on officials, who may not for example use excessive physical force against an inmate. It also imposes duties on these officials, who must provide humane conditions of confinement, ensuring that inmates receive adequate food, clothing, shelter, and medical care, and must take reasonable measures to guarantee the safety of the inmate.

An act violating a constitutional right cannot be justified by ignorance or disregard of settled law. In other words, an official/the BOP is held to a standard of conduct based not only on permissible intentions, but also on knowledge of the basic unquestionable constitutional rights of an inmate for whom the official/BOP is responsible. In cases involving prison conditions where the state of mind includes deliberate indifference, it requires proof of the official's knowledge of "both the inmate's serious condition as well as the excessive risk posed by the official's action or inaction." Jackson v. Lightsey, 775 F.3d 170, 178 (4th Cir., 2014) (citing Farmer v. Brennan, 511 US 825, 837-839 (1974)). A defendant can meet the subjective knowledge

requirement through direct evidence of a prison official's actual knowledge,

or via circumstantial evidence "that a prison official knew of a substantial

risk from the very fact that the risk was obvious." Makdessi v. Fields, 787

F.3d 126, 133 (4th Cir., 2015) (quoting Farmer at *842).

A prison official violates the Eighth Amendment by "acts or omissions suffi-

ciently harmful to evidence deliberate indifference to serious medical needs."

Estelle v. Gamble, 429 US 97, 106 (1976). The taxonomy of deliberate indifference

claims recognized in the 3rd Circuit includes cases where (1) prison authorities

deny reasonable requests for medical treatment; (2) knowledge of the need for

medical care is accompanied by the intentional refusal to provide it; (3) neces-

sary medical treatment is delayed for non-medical reasons; and (4) prison auth-

orities prevent an inmate from receiving recommended treatment for serious

medical needs. Pearson v. Prison Health Services, 850 F.3d 526, 538 (3rd Cir.,

2017). A defendant is deliberately indifferent when he "knows of and disregards

an excessive risk to inmate health or safety..." Farmer v. Brennan, 511 US

825, 837 (1994). FCI Loretto specifically—and the BOP in general—are delib-

erately indifferent by design.

At FCI Loretto, prisoners live in an environment where everything is substandard,

and that is by design. "Everything" includes education, programming, recreation,

food service, commissary, religious services, and especially medical care.

As stated, our living space does not have the required square footage, showers,

toilets, or sinks for the ±900 individuals housed at FCI Loretto. The Government

always insists on more time served as if it's some sort of panacea to what

ails society, but nothing could be further from the truth—and it's difficult

to understand what the Government thinks will come of this. They obviously
don't have an understanding of what type of environment exists in prisons.
Inmates live in an environment where drug use and access to drugs is off the
charts, violence and brutality are around every corner, and intercourse be-
tween males—both consensual and nonconsensual—is nothing short of rampant.
For all of the reasons mentioned, including deliberate indifference, the Peti-
tioner maintains they constitute extraordinary and compelling reasons.


B. COVID-19

COVID-19 was first identified in Wuhan, China in 2019, and was immediately
considered to be highly contagious. In early 2020, the COVID-19 Alpha variant
emerged, and was deadlier than the original virus. As COVID-19 began to mutate,
the Beta variant was identified in South Africa in late 2020, but it did not
spread to the US. In 2021 the Delta variant B1.617.2 spread especially among
the unvaccinated, the CDC reported. By the end of 2021, Omicron BA.1 was de-
tected in Botswana and South Africa. BA.4 and BA.5 made up over 50% of the
cases in the US by July 2022. These variants had very high transmissibility
and severity of disease, while vaccines offered little or no protection. Other
variants being tracked by the CDC include Gamma, Epsilon, Eta, Iota, Kappa,
Mu, Zeta, and 1.617.3. (Haendel, M.A., et al., "The National COVID Cohort
Collaborative ($N^3C$): Rationale, design, infrastructure, & deployment", Jour-
nal of American Medicine Information Association, 28.427.443 (2022)). COVID
is not a single homogenous disease. It is an ever-mutating virus with various
rates of transmissibility, and both acute and post-acute sequelae (i.e. long
COVID). The bottom line is that if you are older and have serious chronic
health problems, the vaccines will not conclusively prevent you from falling

ill and dying. Furthermore, if you get sick, the BOP will not provide even
the necessary minimum level of care to assist in your recovery and conva-
lescence.

Dr. Anthony Fauci told Fox News TV host Neil Cavuto that "one of the things
that's clear from the data [is] that vaccines, because of the high degree
of transmissibility of this virus, don't protect overly well against infec-
tion." (Epoch, www.theepochtimes.com/facui-makes-surprising-concession-regarding-
covid-19-vaccines_4595318.html). According to the prestigious New England
Journal of Medicine, studies have shown that "the level of neutralizing anti-
bodies" that previous infections and/or vaccination create in the body are
less effective against the Omicron BA.4 and BA.5 subvariants. (www.nbcchicago.
com/news/coronavirus/ba-5-omicron-subvariant-spreading-quickly-could-become-
dominant-strain.www.nejm.org). In a subcommittee hearing on the BOP's COVID
management, Senators Alex Padilla (D-CA) and Dianne Feinstein (D-CA) sent
an open letter to the Department of Justice (DOJ). "The experience of the
pandemic for the federally incarcerated population remains starkly worse than
for non-incarcerated individuals," the letter said. The Department of Health
& Human Services (DHHS) reported that the BOP consistently declines additional
COVID-19 drugs. "We have reached out multiple times to BOP asking them why
they do not want their allocations offered by HHS. They consistently say they
have enough to meet demand/their demand is low," DHHS wrote in a May 4, 2022
email to Congress. (LISA Newsletter for August 1, 2022; www.lisa-legalinfo.com).

When the COVID-19 global pandemic hit the United States in 2020, the BOP gen-
erally and FCI Loretto specifically went in to "lockdown" in March of 2020.

(See Exhibit J-1). Initially, the inmates were confined into closed spaces within small cells filled with six adult males. Inmates were not allowed outside to socially distance. The units had anywhere from 150 to 200 men per unit, with insufficient common bathrooms and scarce hygiene products. The BOP staff were not tested for COVID (this hasn't changed), and were/are free to go from unit to unit spreading the virus. (See Exhibit B-6). Congress passed the CARES Act to allow the BOP to release nonviolent detainees to access 'home confinement'. However, the BOP dragged their feet and disqualified even the most severely ill inmates. When COVID-19 did hit the BOP institutions, the medical staff treated inmates with impunity, falsifying records in total indifference to the Hippocratic Oath.

"Social distancing can be difficult for individuals living or working in a prison." US v. Ullings, 2020 WL 2394096 at *3 (N.D.GA, 2020) (citing New England Journal of Medicine, "Flattening the curve for incarcerated population—COVID-19 in jails and prisons." (April 9, 2020)). A recent case recognized that "detained populations also tend to be in poorer health and suffer from a higher prevalence of infectious and chronic diseases than the general population. And to make matters worse, medical care of prisoners is often limited at the best of times." Ullings, at *3 (internal citations omitted). See also US v. Robert Richards, case no. 1:07-cr-00412-CAP-18 (2020).

Conditions of confinement at the defendant's prison (and in prisons in general) create an optimal environment for the transmission of a contagious disease. People who work in these facilities leave and return daily; people deliver supplies to these facilities daily; inmates having legal and medical visits

after the initial spread of the virus created/will create an atmosphere in which large numbers of prisoners become infected. Public health experts opine that incarcerated individuals are at a special risk of infection given their living situations, and may also be less able to participate in proactive measures to keep themselves safe; the ability to control the spread of infection is limited at best. As described by Dr. Jamie Meyer, an infectious disease specialist at the Yale School of Medicine, inmates are uniquely vulnerable; the risk posed by infectious disease in jails and prisons is significantly higher than in the community, both in terms of risk of transmission/exposure, and harm to individuals who become infected.

Dr. Meyer goes on to describe the inadequate pandemic preparedness plans in many detention facilities, and the difficulty of separating infected or symptomatic inmates from others. The COVID-19 virus is highly transmissible, dangerous, and poses a real threat to all prisoners. According to the University of Chicago School of Medicine, in a small and seemingly random group of people with COVID-19, the virus travels into organs and damages them, sometimes so severely that a transplant is required. Also, the way people respond to COVID-19 is unpredictable—and this includes those who don't knowingly have high-risk conditions. (The Forefront, uchicagomedicine.org (Fall 2021)). Courts have recognized that BOP statistics understate any potential rate of COVID infection because "BOP still does not perform regular, universal testing of prisoners and staff." US v. Sherrod, 2021 WL 3473236 at *4 (E.D.MI, 2021) (according "no weight" to the BOP's low reported rate of COVID infections; see also US v. Amarrah, 2020 WL 2220008 (E.D.MI, 2020)).

In US v. Raia, 954 F.3d 594, 596 (3rd Cir., 2020), Raia filed his own motion with the district court seeking compassionate release given the global pandemic caused by COVID-19, a highly contagious virus which at that time had already infected over 25,000 people in New Jersey, and which poses unique risks in population-dense prison facilities. (See Fed. BOP COVID-19 Action Plan (March 2020)). The court granted relief. Other district courts have followed suit. The Southern District of New York granted compassionate release/ reduction in sentence citing the conditions of confinement during the COVID-19 pandemic as one of the reasons for compassionate release. US v. Serrano, US Dist. LEXIS 82612 (S.D.N.Y., 2022). See also US v. Wright, 2022 US Dist. LEXIS 40176 (S.D.Ca., 2022). In US v. Hale, case no. 10-cr-1032 (ECF 184) (S.D.TX., 2022), the court found that the pandemic, combined with the prison's difficulties in responding to it, can constitute an extraordinary and compelling reason.

C. Vaccine

Vaccines are no panacea, and work by eliciting an ummine response ahead of a potential infection. Recently, The Lancet published a study on the effectiveness of COVID-19 vaccines and the waning of immunity with time. The study showed that immune function among vaccinated individuals 8 months after the administration of two doses of COVID-19 vaccine was lower than that among the unvaccinated individuals. According to European Medicines Agency recommendations, frequent COVID-19 booster shots could adversely affect the immune response and may not be feasible. The decrease in immunity can be caused by several factors such as N1-methylpseudouridine, the spike protein, lipid nanoparticles, antibody-dependent enhancement, and the original antigenic stimulus. These clinical alterations may explain the association reported between COVID-19 vaccination

and shingles. As a safety measure, further booster vaccinations should be dis-
continued. In addition, the date of vaccination should be recorded in the medi-
cal record of patients. Several practical measures to prevent a decrease in
immunity have been reported. These include limiting the use of non-steroidal
anti-inflammatory drugs, as well as acetaminophen, to maintain deep body tem-
perature, appropriate use of antibiotics, smoking cessation, stress control,
and limiting the use of lipid emulsions—including the general anaesthetic
propofol—which may cause perioperative immunosuppression. In conclusion, COVID-
19 vaccination is a major factor for infections in chronically ill patients.
(virologyj.biomedcentral.com/articles/10.1186/s12985-022-01831-0). Furthermore,
immune response is not the same in all individuals. Age (older equating to poorer
immune response), chronic health conditions, and overall health all affect the
type and degree of immune response. Younger, healthier individuals have a more
robust immune response, and the opposite is also true. In healthy subjects,
COVID-19 vaccines provided at best 3-4 months of protection. According to David
Dowdy, an epidemiologist at Johns Hopkins Bloomberg School of Public Health
in Baltimore, "it's not that after 90 days suddenly you become fully susceptible
[to infection]. It's really that in 60 days you are somewhat susceptible, and by
120 days you're even more susceptible." Some experts, like Harvard Medical School's
Dr. Daniel Krutzkes, Chief of Infectious Diseases, believe as new variants emerge,
the window will continue to change. "This is going to be a constantly changing
parameter," he says. (See Exhibit Alpha).

Peer-reviewed studies and news articles show COVID-19 vaccinations and boosters
are not the panacea the pharmaceutical industry and the government claim they
are:

1. <u>Nature</u>: Ziyad Al-Aly of VA St. Louis Healthcare System: "...disappointing...I was hoping to see that vaccines offer more protection, especially given that vaccines are our only line of defense nowadays." (www.nature.com/articles/s41591-022-01840-0);

2. <u>Epoch</u>: Dr. Anthony Fauci told Fox News "...one of the things that's clear from the data [is] that vaccines, because of the high degree of transmissibility of this virus, don't protect overly well, as it were, against infection." (www.theepochtimes.com/fauci-makes-surprising-confession-regarding-covid-19.vaccines_4595318.html);

3. <u>Louisiana Department of Health</u>: "...higher percent of vaccinated people have died than those that were unvaccinated." (ldh.la.gov/coronavirus/);

4. <u>CDC</u>: Effectiveness of COVID-19 vaccine booster doses dropped well under 33% after 4 months. (www.cdc.gov/mmwr/volumes/71/wr/mm7129e1.htm?s_cid=mm7129e1_w);

5. <u>UK ONS</u>: Reinfections were 10 times higher during the recent Omicron outbreak compared with earlier Delta outbreak. (ons.uk.gov);

6. <u>Wall Street Journal</u>: "...leftover reservoirs of virus could be provoking the immune system in some people, causing complications such as blood clots and inflammation, which may fuel certain long COVID symptoms up to a year after infection." (www.wsj.com/articles/a-key-to-long-COVID-is-virus-lingering-in-the-body-scientists-say-11662590900);

7. <u>CDC</u>: Living in prisons and jails puts you at higher risk for getting COVID-19 because there may not be enough space to keep people with COVID-19

away from others. Staff, visitors, and/or other inmates may have the virus and not know it. (www.cdc.gov/coronavirus/2019-ncov/downloads/needs-extra-precautions/For-People-Living-in-Prisons-and-Jails.pdf).

The large number of mutations help the COVID-19 virus escape antibodies elicited by vaccination or prior infection. (See Exhibit Beta). Per a study in the prestigious journal _Science_, published February 18, 2022, "...this means people get COVID-19 multiple times, raising the risk of long COVID and a host of lingering symptoms," according to Andrew Romano of Yahoo News. (Exhibit Delta). In fact, Dr. Anthony Fauci, President Joe Biden's former chief medical adviser, told Barrons that "COVID-19 won't be eradicated, and even those who are vaccinated will keep getting it." (See Exhibit Epsilon).

More data is emerging that shows that vaccinations and boosters result in a higher likelihood of infections, and reinfections—with a shorter window in between. Even the Center for Disease Control and Prevention (CDC) lists adverse reactions from COVID-19 vaccinations and boosters, which include:

1. Allergic reactions, including anaphylaxis;

2. Thrombosis with thrombocytopenia—blood clots in large blood vessels, and low platelet count;

3. Cerebral Venous Sinus Thrombosis—blood clot of the brain;

4. Guillain-Barre Syndrome—wherein the body's own immune system attacks nerve cells, causing muscle weakness and paralysis. Most prevalent in men 50 years old and older. Vaccine Safety Datalink

reports GBS is most prevalent 21 days following vaccination.

5. Myocarditis and pericarditis—inflammation of heart muscle and heart sac;

6. Death—although rare, it is not insignificant if you are the one dying. VAERS (Vaccine Adverse Events Reporting System) through May 20, 2022 reported 13,045 deaths from COVID-19 vaccination. (open vaers.com/covid-data).
(www.cdc.gov/coronavirus/2019-ncov/vaccines/safety/adverse-events.html).

Interestingly, there have been no peer-reviewed scientific reports published that prove that vaccinated individuals get milder symptoms—but there are plenty of reports of serious side effects of those who got vaccinated. "I don't think we should make any bets on someone who has a reinfection having a less likelihood of having long COVID," says Dr. Amy Duckro to the Wall Street Journal. (www.wsj.com/articles/covid-19-twice-immunity-reinfection-vaccine-1651013266).

It has been hypothesized that there will be an increase in cardiovascular diseases among the global population—especially acute coronary syndromes—caused by the spike proteins in genetic vaccines. Besides the risk of infections owing to lowered immune functions, there is a possible risk of unknown organ damage caused by the vaccine that has remained hidden without apparent clinical presentations, mainly in the circulatory system. In summary, COVID-19 vaccination, particularly the use of mRNA vaccines and bivalent boosters, is in and of itself a major risk factor for morbidity and mortality in individuals with chronic health problems and other risk factors.

D. Medical

Today, there is supposed to be a standard of care—and it is the minimum ethical yardstick by which a physician's management of their patient's care is judged. The physician is trained to follow certain protocols, such as 'ruling out' conditions that are likely to cause serious damage/death by ordering tests appropriate to the complaints. The other way to practice medicine is to order the cheapest test and the one least likely to be positive. Practicing this latter type of management is only possible if the clinicians are legally protected from prosecution, such as those working for the federal government. The care given to the Defendant highlights such egregious and substandard treatment.

i. Healthcare Provider Credentialing

After completing 4 years of college, medical doctors are required to complete 4 more years of medical school and 3-7 years of additional internship, residency, and fellowship training. Physicians in general, family, and internal medicine are trained to treat adult patients. Pediatricians are trained to treat children. Other specialties require fellowship training to treat disease related to cardiology, endocrinology, gastroenterology, orthopedics, neurology, neurosurgery, opthamology, and many other specialties. (Johnson Memorial Health Blog; www.acponline .org).

The Medical Director—and only physician—at FCI Loretto is Dr. Kim D. Swindell. According to US News, Dr. Swindell is a pediatric infectious disease specialist, whom according to his website treats "children with

a broad array of diseases caused by germs, viruses, and fungi, ranging from flu to hospital-acquired infections to pneumonia." (health.usnews .com).

Dr. Swindell is not trained to treat adult patients. Under his direction are 4 physician's assistants: PAs Burk, Krepps, Golden, and Hoover. The Health Services Administrator (HSA), Norman Weidlich, manages the allocation of services for the medical department, and Seven Corners is the insurance provider. HSA Weidlich's only training is as an emergency medical technician (EMT). EMT training is mostly weekend courses, which have very rudimentary training in pathology and in no way offer the comprehensive training required of a physician. The HSA has the ultimate power to deny care, overruling PAs and the physician at FCI Loretto. HSA Weidlich exercises his denial-of-treatment power regularly. HSA Weidlich, PA Burk, and Dr. Swindell denied FCI Loretto inmate John Doe's request issued by a medical expert from FMC Butner to transfer Doe to the medical center. John Doe v. US, 2022 US Dist. LEXIS 74840, case no. 3:21-cv-22 (W.D.PA, 2022). The lack of training, emboldened by qualified immunity, allows the medical staff to unethically practice medicine that is outside the scope of their clinical expertise. Furthermore, their "knowledge of the need for medical care...[and] intentional refusal to provide care" have caused hundreds of inmates to suffer unnecessarily. Westlake v. Lucas, 537 F.2d 857, 860 (6th Cir., 1985); Farmer v. Brennan, 511 US 825; Estelle v. Gamble, 429 US 97; Helling v. McKinney, 509 US 25, 113 S.Ct 2475 (1993); Wilson v. Seiter, 501 US 294, 111 S.Ct 2321 (1991).

ii. Obesity

According to the National Center for Health Statistics (cdc.gov), "clinical guidelines on the identification, evaluation, and treatment of overweight and obesity in adults were released in 1998 by the National Heart, Lung, and Blood Institute (NHLBI), in cooperation with the National Institute of Diabetes and Digestive & Kidney Disease (NIDDK). The guidelines define overweight and obesity in terms of Body Mass Index (BMI), which, based on a person's weight and height, can be an indicator of total body fat...while [BMI] of 30.0 or higher indicates obesity. BMI can be calculated at www.nhlbi.nih.gov/health/educational/lose_wt/BMI/bmicalc.html."

A higher prevalence of overweight and obesity increases a person's risk of developing type II diabetes, hypertension, hyperlipidemia/dyslipidemia, cardiovascular disease, stroke, gallbladder disease, gout, sleep apnea, respiratory problems, osteoarthritis, and certain cancers. (Froguel, P., Blackemore, A.I.F., "The power of the extreme in elucidating obesity," New England Journal of Medicine, 359:891 (2008); Reneham, A.G., et al., "Body-Mass Index and incidence of cancer: Systematic review and meta-analysis of perspective observational studies," Lancet, 371:569 (2008)).

Treatment of obesity can start with diet, aerobic exercise, behavioral therapy to develop adaptive thinking, stress reduction, self-control, and self-help groups. Pharmacological treatment is indicated for BMI $\geq 30$, or $\geq 27$ with two obesity-related medical problems (high blood pressure, elevated cholesterol, arthritis, &c.). Medication can include Oristat or inoradrenegic drugs for use up to 12 weeks, and others. Finally, with BMI $\geq 40$, or $\geq 35$ with 1 obesity-related medical problem & failed

medical and dietary therapy in treatment-compliant patients with no history of substance abuse, bariatric surgery (Roux-en-y gastric bypass or gastric banding) is considered. (nhlbi.nih.gov/guidelines/obesity/prctgd_c.pdf; New England Journal of Medicine, 350:1075 (2004); Annals of Internal Medicine, 142-525-46 (2005); CMAJ, 176:1103 (2007)). Only on paper does the BOP offer various diet and meal plans. The meals never include fresh vegetables (which are instead overcooked, canned, or processed), and the meats come in packages labeled "not for human consumption". What few food items are sold on commissary have high salt and/or sugars, and often contain hydrogenated oils that are not heart-healthy. Other than falsely documenting "counseling" or the issuance of a "handout", the medical staff are willfully and deliberately indifferent, and offer no further treatment (i.e. pharmacological or surgical intervention)—while inherently as medical professionals being aware of the risks. Helling v. McKinney, 509 US 25, 125 L.Ed.2d 22, 113 S.Ct. 2475 (1993); Wilson v. Seiter, 501 US 294, 115 L.Ed.2d 271, 111 S.Ct 2321 (1991); Estelle v. Gamble, 409 US 97, 103-105, 50 L.Ed.2d 251, 97 S.Ct. 285 (1976); Farmer v. Brennan, 511 US 825, 128 L.Ed.2d 811, 114 S.Ct. 1970 (1994) (re: "failure to protect").

### iii. Hypertension

A report from the panel members appointed to the Eighth Joint National Committee (JNC8) expounded upon blood pressure readings that consist of two measurements, systolic written above the diastolic. The guidelines were revised in 2017, and stated blood pressure below 120/80 is

considered normal, while readings above 130/80 are considered to be indicative of hypertension (i.e. high blood pressure). Hypertension cannot be cured, but it can be controlled in a variety of ways. These include diet, exercise, smoking cessation, and medication. Untreated blood pressure can lead to stroke, heart attack, kidney failure, and congestive heart failure. (JAMA, 311(5):507-20 (2020); Lifton, R., et al., "Molecular mechanisms of human hypertension," Cell, 104:545 (2001)).

In prison, lifestyle modification to reduce blood pressure via weight reduction, aerobic exercise, and diet (i.e. low fat, high fiber, & low cholesterol) is hampered by substandard healthcare, an endless lockdown and routine cancellations of recreation (in a facility that has been under some degree of lockdown for over 30 months since the pandemic began), malfunctioning and broken exercise equipment, and poor-quality meals & commissary options. The BOP system in its current state of decay, especially at the rogue institution of FCI Loretto, is designed to inflict maximum damage to physical and psychological health through deliberate and willful indifference.

**iv.** Kidney Disease

COVID-19, the disease that led to the global pandemic, is known to damage the lungs, but as more people become infected a better understanding of the disease emerges. Doctors and researchers are finding that coronaviruses also cause severe and lasting harm to other organs, particularly the heart and kidneys. C. John Sperati, MD, MHS, an expert in kidney health, stated that up to 30% of patients who suffered COVID-19 infections developed moderate or severe kidney injury. Dr. Sperati recommends patients

with kidney issues avoid non-steroidal anti-inflammatory drugs (NSAIDs), such as ibuprofen and naproxen. These can raise blood pressure and increase fluid volume in the body, which puts strain on the kidneys. (Johns Hopkins, www.hopkinsmedicine.org/health/conditions-and-disease/coronavirus/coronavirus-kidney-damage-caused-by-covid19). The Miami Herald reported that kidney disease is often dubbed the "silent killer" because symptoms usually don't appear until treatment is rendered useless. The American Kidney Foundation estimates that 48% of those with severe kidney disease are unaware of it. The Herald cited a medical study done by Washington University School of Medicine, in which 86,216 people who had COVID-19 demonstrated a 215% higher risk of developing end-stage kidney disease. That is when your kidneys can no longer remove waste from the body as they should; dialysis or an organ transplant is needed to keep these people alive. (Miami Herald, www.miamiherald.com/news/coronavirus/article 2539228). Lead authors of other studies report that kidney involvement is common in patients with acute SARS-CoV-2 infection, and subclinical inflammation and injury may persist for many months—resulting in a progressive decline in kidney function that leads to chronic kidney disease. (Silver, S.A., et al., "The prevalence of acute kidney injury in patients hospitalized with COVID-19 infection: A systematic review and meta-analysis," Kidney Medicine, 3:83-98 (2021)). Potential direct effects on the kidney include endothelial damage from viral entry, complement activation, local inflammation, and collapsing glomerulopathy. (Findling, M.G., Blendon, R.J., and Benson, J.M., "Delayed care with harmful health consequences: Reported experiences from national surveys during Coronavirus Disease 2019," JAMA Health Forum 1, e201463 (2020)).

**v.** Hyperlipidemia

National Institute of Health guidelines classify healthy total cholesterol (measured via blood test) as less than 200mg/dL for persons over the age of 20. LDL (bad cholesterol) should be less than 100mg/dL, while HDL (good cholesterol) should be over 45mg/dL, with triglycerides (fat) over 200mg/dL. Excess cholesterol increases the risk of heart disease, especially in patients with high blood pressure. The BOP medical staff merely go through the motions to prescribe statin medications for cholesterol, without adding additional agents such as omega-3 (fish oil), bile acid sequestrants, cholesterol absorption inhibitors, or nicotinic acid, as is recommended by the Cleveland Clinic (Cleveland Clinic Journal of Medicine, 70:991 (2003)).

**vi.** Defendant's Health Issues

The Defendant is listed as having the following medical conditions:

    **1)** Diabetes type II;

    **2)** Vitamin D deficiency;

    **3)** Hyperlipidemia;

    **4)** Hypertension;

    **5)** Latent tuberculosis infection (remission);

    **6)** Obesity with BMI=33.2;

These conditions are precisely the risk factors, according to the Center for Disease Control and Prevention (www.cdc.gov), that place individuals—especially men—at higher risk of severe illness and/or death.

The Defendant's medical records (Exhibit MR) reveal his blood sugar (July

27, 2022) was elevated at 170, and hematology revealed MCHC=32.6 (low), IPF=15.9 (high), mean platelet volume (MPV) to be 13.0 (high), and his HbAlC was 6.4 (high). This indicates he is at an elevated risk of diabetic complications: infections in the toes/feet, immunocompromization, and permanent nerve damage, to name a few. In fact, he is already experiencing never damage. In spite of the signs, he has not been referred to an endocrinologist or a podiatrist, which is the proper standard of care. (Diabetes Care, 37:S14-80 (2014)). Not following the proper diabetic type II management protocol and prevention will result in the Defendant's life expectancy diminishing and morbidity increasing, especially as FCI Loretto stopped issuing diabetic shoes in 2019, and provides no nail & toe care at all.

The Defendant's medical records also show how the BOP values documentation more than reality. He takes amlodipine 5mg for high blood pressure, and they document that he is compliant with his medication—yet there is not one blood pressure reading documented to be within normal range. Most clinical notes do not even list the blood pressure or other vitals. This lack of proper documentation goes against the hallmark of proper medical care. A layperson—or even a lawyer—may know that elevated blood pressure leads to kidney damage, heart attack, and/or stroke. Management of blood pressure is important in providing a standard of care, by which physicians are graded. Atrial fibrillation and other complications are especially higher in diabetic patients with mismanaged blood pressure, and the Defendant's blood pressure is not well managed. (See Exhibit MR). The Journal of the American Medical Association in 2014 published an evidence-based

guideline for the management of high blood pressure in adults. This report from the panel members of the Eighth Joint National Committee (JNC8) is practiced by internal medicine and family practice physicians across the country. (JAMA, 311(5):507-520 (2014)).

Dr. Swindell is a pediatrician at FCI Loretto, and the PAs only have 2 years of medical/clinical training—well below the 6 years internal medicine and family practice physicians are required to do. The continued mismanagement of the Defendant's blood pressure will result in chronic kidney disease, heart attack, and/or stroke, and will lead to a diminished quality of life.

Donald Geci, PA-C at FCI Allenwood, recognized that because the Defendant was PPD (+) he could facilitate the spread of tuberculosis if the disease were to become active. For this reason he did not clear him for food service, however he refused to issue a lower bunk pass. PA Geci would rather roll the dice and take a chance that 225 lbs of fat landing on already nerve-damaged diabetic feet would trigger an infection. PAs and doctors in the BOP use bottom bunk passes, working in food service, delays in treatment, the purposeful ordering of wrong or cheap treatment and diagnostic tests to save money in order to administer punishment that they feel suits their purpose.

The medical records also show how the Defendant's tuberculosis (active or not) has not been prophylactically treated. Because he has diabetes type II and is already immunocompromised, he is at a much higher risk of tripledemia (COVID-19, influenza, & RSV), and the BOP is not going to treat any of these infections. During the entire COVID-19 pandemic the BOP simply

locked up infected inmates in a more punitive environment (as they still do in direct violation of the May 25, 2022 Executive Order compelling the BOP to cease facility-wide lockdowns and punitive segregation for positive cases),and simply falsify documentation saying that everyone was asymptomatic. If the TB becomes an active disease, the Defendant will become a superspreader to all other inmates in an overcrowded, poorly ventilated, highly confined environment like the six-man cells of FCI Loretto or the SHU.

High cholesterol is a known risk factor for clogged arteries of the heart and brain. The poor diet in the chow hall and nonexistent selection in commissary provide no fresh vegetables or healthy meat options. Everything is canned, processed, and of very low quality—boxes of meat products oftentimes have the label "not for human consumption". Inmates' health is at an elevated risk of deterioration from poor nutrition, lack of standard of care medicine, and assault from the inhumane treatment from the BOP staff.

In conclusion, obesity (BMI=33.22), diabetes type II, high blood pressure, high cholesterol, latent tuberculosis, and vitamin D deficiency are all risk factors for COVID-19 (and other contagious viruses, e.g. flu, monkeypox, norovirus, RSV, &c.). Complications from these conditions if not treated to the standard of care will result in reduced life expectancy and increased morbidity/mortality. The "lockdown", as one medical note documents on August 1, 2022 by AART Ryan Servose, resulted in the Defendant not being able to have a chest x-ray. If he were to have:

**Active TB:** This would pose a significant threat to other inmates and staff. It would also have resulted in significant morbidity for the Defendant.

**Pneumothorax:** If he had a collapsed lung from a fall, trauma, or other reasons, he could have died without treatment via intubation (chest tube placement).

**Pneumonia:** from TB, COVID-19, flu, or other causes without proper diagnosis (i.e. a chest x-ray) can result in death. Pneumonia is known as an "old man's friend" because it commonly kills elderly, immunocompromised individuals.

### vii. The BOP's Negligent Homicide of Frederick Bardell

Although the Court may find it difficult to understand the criticism leveled at the BOP, all it has to do for confirmation is examine the following case. A Florida district court decision relating to a prisoner imprisoned at a prominent men's prison in southern Texas, which has been a hotbed of COVID-19 since the pandemic began, is directly relevant for compassionate release petitions, demonstrating just how untrustworthy the Bureau of Prisons is when it comes to the proper treatment of prisoners with even easily diagnosed, potentially treatable forms of cancer—potentially treatable but for the negligence of BOP medical staff and administration.

In US v. Frederick Mervin Bardell, case no. 11-cr-401 (M.D.FL, 2022), the court said as follows:

"Judges carry the heavy burden of depriving individuals of their liberty. But the Bureau...shoulders the constitutional burden

of protecting the remaining rights of the incarcerated while
in custody...the Court admonishes the [Bureau] and [its] War-
den...for their blatant violation of a Court Order and sheer
disregard for human dignity. The [Bureau] as an institution
and [its] Warden...as an individual should be deeply ashamed
of the circumstances surrounding the last stages of Mr. Bar-
dell's incarceration and indeed his life. No individual who
is incarcerated by order of the Court should be stripped of
his right to simple human dignity as a consequence. The pur-
poses of incarceration, which include rehabilitation, deter-
rence, and punishment, do not include depriving a human being
of the fundamental right to a life with some semblance of dig-
nity. The treatment Mr. Bardell received in the last days of
his life is inconsistent with the moral values of a civilized
society and unworthy of the Department of Justice of the United
States of America."

The court went on to say:

"The [Bureau is]...not above the law or beyond its reach however
insular may be their operation. The Court is hopeful that in
some small way, these proceedings will illuminate the...arro-
gant and wholly mistaken notion that [the Bureau] is beyond
reproach and the reach of the Court. It is not...the Court is
also troubled by [Mr. Bardell's] care and treatment while con-
fined, especially during the latter stages of his incarceration.
The Court has serious reservations about the adequacy of his
treatment and diagnosis. In light of these concerns, the Court

recommends that the Attorney General (or Inspector General for the Department of Justice) undertake an investigation into the circumstances of Mr. Bardell's confinement and treatment, the failure...to respond to his medical needs, and the BOP's mis-representations in connection with the compassionate release briefing regarding the seriousness of his condition."

## E. First Step Act

The Defendant is FSA eligible (see Exhibit 1A) and to date he has been denied his Earned Time Creidts (see Exhibit 5A) due to him under the law. Since he is a low risk (see Exhibit 3) he accumulates 15 days of Earned Time Credits (ETCs) every month. He has been accumulating this credit since August 23, 2022—meaning he has already accumulated 30 days. Additionally, he has 5 months of Good Conduct Time (GCT) coming, and he has 1 year, 8 months, and 9 days of jail credit. Then there is the issue of halfway house, up to six months. When you put it all together, he is really asking the Court for weeks, not years. In fact, a good case can be made that he should already be out (his statutory release date is May 13, 2023), if it werent for the BOP's desire to "adminis-trate the law out of existence". West Virginia v. EPA, 142 S.Ct. 420 (2021).

## F. Conclusion

When deciding whether or not to grant compassionate release, the Court would do well to consider the fact that the Defendant worked for the US government. Specifically, he acted as a security consultant for the US Army, the Depart-ment of Defense, and the State Department. For seven years he did this country's bidding through his private security company, and he did so at considerable

risk. He was shot twice—once in the hip and once in the leg*—ISIS tried to kidnap his oldest son, and he received death threats on a regular basis. During all of this he saved American lives.

Before the US left Iraq and Afghanistan, corruption was everywhere, out in the open, and a way of life. That's difficult for someone to understand unless you've experienced it. The Defendant knew that in order to get things done—things the United States required—he would have to deal with it. Also, he took money to help refugees, people who fell through the cracks. Furthermore, there are no victims in his crime—except for the Defendant and his family.

The Defendant's parents live in Jordan, and are elderly and in poor health. His father is 71 years old and has prostate cancer; his mother, age 75, has heart and kidney problems. His wife and four children are stuck in Jordan and are suffering from the financial and mental strain of being alone in a strange country with no resources, no husband, and no father. His four children are ages 4, 6, 8, & 18, and need a father in their lives. If there is truly any such thing as extraordinary and compelling reasons, the work that he did, the sacrifices he made, and his family's suiffering ought to combine to make an extraordinary and compelling reason for a compassionate release.

The Defendant understands that he crossed lines, and he accepts responsibility—but he lived, worked, and acted in a world full of extenuating circumstances, and he asks for the Court's understanding. He asks for the Honorable Court to GRANT his compassionate release, reduction in sentence, reordering of sentence, or any other remedy the Court sees fit to impose.

*The medical staff in the BOP are so myopic and disinterested that there is no mention of the bullet holes in the Defendant's body in his medical records.

November   , 2022

Submitted by:

Aws Muwataq Abduljabber,
Pro se, in forma pauperis

A-1 — APPENDIX A-1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

IN RE:                                          ADMINISTRATIVE ORDER
CORONAVIRUS/COVID-19 PANDEMIC                    NO. 2020-14

STATUS OF DETENTION FACILITIES
HOUSING DEFENDANTS IN CASES FILED IN
THE EASTERN DISTRICT OF NEW YORK

------------------------------------------------X

ROSLYNN R. MAUSKOPF, Chief Judge

      In response to the coronavirus/COVID-19 pandemic, counsel for defendants detained at three facilities have filed and continue to file applications for release in individual cases pending in this District. A primary basis cited in each of these applications is the general risk of contracting COVID-19 as a result of the defendant's continued confinement, together with additional information specific to the particular defendant and case. Defendants in cases pending in this District are primarily detained at the Metropolitan Detention Center Brooklyn (MDC Brooklyn) and the Metropolitan Correctional Center New York (MCC New York), both operated by the Federal Bureau of Prisons, (BOP), and the Queens Detention Facility (QDF), a private facility operated by the GEO Group, Inc. under contract with the United States Marshals Service (USMS) to house primarily pre-trial detainees.

      In order to provide the Judges of this Court and the parties in these cases with current, consistent, and accurate information to assess the common issue underlying these applications, it is hereby

      ORDERED, that the Wardens of MDC Brooklyn, MCC New York, and QDF provide to this Court in writing, twice weekly on the schedule below, a status report concerning the incidence of infection of COVID-19 at each facility and the measures undertaken to mitigate the spread of COVID-19 within each facility, to include, but not limited to, the following information:

1)  Protocols for screening and testing inmates, staff, and other entering or leaving each facility;
2)  The number of inmates tested and the number of positive tests;
3)  The number of staff and/or others testing positive;
4)  All efforts undertaken to mitigate the spread of COVID-19 both generally, and in response to any symptomatic inmate(s) and/or positive test(s);  and it is

      FURTHER ORDERED, that the first such status report shall be submitted electronically to the undersigned on behalf of the Court by 12:00 noon on Friday, April 3, 2020; and it is

FURTHER ORDERED, that in light of the nature of the COVID-19 virus and the potential for changed circumstances within each facility, that regular updated status reports shall be so submitted twice weekly, by 4:00 pm on Tuesday and Thursday of each week, commencing Tuesday, April 7, 2020, and, if necessary, in response to any further Order of this Court; and it is

FURTHER ORDERED, that each status report shall also be provided by the BOP to the Executive Director of Federal Defenders of New York for dissemination as appropriate to counsel for defendants detained in these facilities, and to the United States Attorneys for the Eastern and Southern Districts of New York and the United States Marshals for the Eastern and Southern Districts of New York; and it is

FURTHER ORDERED, that given the public interest in all criminal proceedings filed in this District, and in the issue of the potential spread of COVID-19 in the community, each status report will be posted at a link on the public website of this Court.

Nothing in this Order shall prevent any individual Judge or party from seeking additional information relevant to any application filed in this Court.

This Administrative Order shall remain in effect until further Order of the undersigned.

SO ORDERED.

/S

Dated:  Brooklyn, New York
        April 2, 2020

ROSLYNN R. MAUSKOPF
Chief Judge

FROM: Clark-Rogers, Yvonne
D:
SUBJECT: NBC News Article
DATE: 12/22/2020 07:36:16 PM

y Lisa Riordan Seville

odney Wyatt has lived more than a few lives in his 52 years.

here was his life in the drug trade more than a decade ago that landed him a 22-year sentence for conspiracy to distribute
ocaine, and his life as a loving father and fiancé. There's his life as a patient, in which he has suffered two heart attacks and
ndured 42 rounds of radiation treatments for prostate cancer.

nd there's his life now, as one of more than 620 prisoners at FCI Loretto in Pennsylvania who contracted Covid-19 in the last
onth in what was, by mid-December, the worst outbreak in the federal prison system.

He said it's just like a war zone," said Chantel Tyler, 43, Wyatt's fiancé. "They're coughing on each other. Guys are vomiting on
ach other because they're so close."

Wyatt hoped that his illnesses would qualify him for compassionate release, but like most federal prisoners who applied, Wyatt
vas denied. The Bureau of Prisons also has not granted him home confinement, as it did for Paul Manafort, President Donald
Trump's former campaign chairman.

The Bureau released Manafort, 71, to home confinement in May, after Manafort's lawyers argued he was at higher risk due to
neart disease and past illness. Wyatt remains locked down in a prison where coronavirus has spread like wildfire.

As a brutal second wave of the coronavirus pandemic sweeps across the country, a second wave is also pummeling the federal
Bureau of Prisons. Within the last month, about 12,000 prisoners have tested positive for Covid-19, bringing the total number of
ederal prisoners who have contracted the disease during the pandemic to more than 32,000. More than 2,500 staff have also
been infected.

The outbreak is reigniting questions over why certain inmates   but not others   are granted early release or home confinement,
and about the BOP's measures to stem the spread inside.

Despite time to plan in recent months, and a scathing inspector general report that found deadly mistakes at a Louisiana facility
this summer, Loretto was caught flatfooted, according to prisoners, their families and advocates.

Men were tested too slowly and not separated quickly enough, prisoners and advocates said. Those with symptoms were put in
bods meant for those without the virus. The prisoners in the segregation unit have gone weeks without basic supplies, like
sufficient soap, according to interviews and a lawsuit filed by men inside.

The agency has also failed to consistently test those most likely to carry the virus into the facilities, and back out to the
community: the staff.

At a hearing of the U.S. House Judiciary Committee on Dec. 2, lawmakers grilled BOP Director Michael Carvajal about the
agency's failure to offer universal on-site testing to correctional officers and staff, who move in and out of the facility each day

"You're talking about individuals coming in contact with incarcerated persons who can't walk away, can't get out" Rep. Sheila
Jackson Lee, a Democrat from Texas. "That means they are endangering themselves. Their families at home."

Carvajal said the BOP could not mandate staff to test.

"We can offer the testing," said Carvajal. "People don't want to take it. We can't make them."

Watching the hearing from his sickbed, where he was cramped with body aches from COVID-19, Francis Bailey, a correctional
officer at Loretto, was furious.

"I can tell you now that FCI Loretto has never been offered testing," said Bailey, president of its union, American Federation of
Government Employees Local 3951. "I have requested it multiple times, and have been told that it is a liability issue."

dozens of Bailey's fellow officers have gotten sick. One staff member brought the disease home to his pregnant wife, Bailey said.

The Bureau of Prisons declined to answer specific questions about the outbreak at Loretto. Instead, the agency sent NBC News a lengthy email outlining the measures it has taken including curbing movement in and between facilities, quarantine measures, and releasing prisoners to serve out their time in home confinement.

"The efficacy of the BOP's mitigation strategies can be seen in the very low number of hospitalized inmates," a spokesman wrote.

But to Bailey and the prisoners inside, that's little comfort.

"In the 12 years in corrections, this is probably the scariest thing I've had to deal with, and the most stressful thing," said Bailey. "We would like the Bureau to acknowledge that there's a problem and that they're doing something wrong."

"Somebody Dropped the Ball"

The first big outbreak at Loretto came this summer, on the tail end of a wave that hit a lot of rural counties. The pandemic had been circulating in the Bureau of Prisons for months, but at Loretto, staff still scrambled.

After a prisoner who asked to be identified as LG tested positive, he was moved into a unit with more than 30 other infected men, he told NBC News in an email, asking to use his initials for fear of retribution. They had to share a urinal and two toilets, he said. Half a day after they were moved, they were given just two blankets apiece, according to LG and another prisoner. No bed rolls. No extra underwear. They were told, he said, that "somebody dropped the ball." Throughout his 16 days there, LG said he received two rolls of toilet paper.

Colise Harmon, who also was quarantined with the virus this summer, said prisoners went more than 11 days without laundry service or cleaning supplies to disinfect their dorm, where sewage seeped across the floors.

"Third world countries treat their incarcerated better than this," Harmon wrote in an email. Both Harmon and LG had their petitions for compassionate release denied.

In memos issued early in the pandemic, U.S. Attorney General William Barr urged the Bureau of Prisons to take measures to release vulnerable prisoners.

But data compiled by the Marshall Project show federal prison wardens denied or ignored more than 98 percent of compassionate release requests. At least two prisoners at Loretto received letters saying that because they did not have a terminal disease with less than 18 months to live, and could still perform daily tasks, they did not qualify.

Barr also directed the Bureau to "prioritize home confinement," allowing prisoners to serve their time at home, under supervision. About 18,000 people have been released to home confinement. which prioritizes nonviolent, medically-vulnerable inmates who have served at least half their time, or are within 18 months of their release date. But advocates and prisoners said the agency has denied many prisoners who meet the criteria, including men at the low-security Loretto facility.

In early fall, as cases both inside and outside Loretto dropped, the prison began to lift some restrictions. Men were able to receive family visits after they had been suspended for months, according to prisoners and staff Loretto accepted new prisoners from the U.S. Marshals.

Staff were allowed to take paid leave if they were infected, but expected to come to work even if they had been exposed, said Bailey. As long as they passed a temperature check on arrival, they were considered cleared to work.

By November, Covid-19 was back. Late that month, Nelson Martinez said officials came and tested every man in Central 2, the dorm the 48-year-old with diabetes and asthma was living, still recovering from cataract surgery.

When he tested negative, Martinez said officers told him he'd be moved. Martinez recalled that another man who also tested negative was showing symptoms—he said he couldn't smell or taste, and asked to be left behind with the positives.

The man wanted to help stop the spread, Martinez said. But he was moved with Martinez into the negative dorm anyway. The next day, Martinez tested positive. He said he was moved again.

across the prison, men were shuffled from place to place in what other prisoners said they considered effort control the spread.

hey are herding the virus around the building," said Harmon.

yatt, the prisoner with heart disease, was transferred to Loretto in late November from a medical prison in North Carolina. Then he arrived, he was placed in a dorm with another man who was "clearly positive," said Tyler, his fiancee. Within weeks of riving, he had no taste or smell, his head was pounding and he was rushed into a dorm for the positive men.

y the middle of December, the number of active Covid-19 cases had soared to over 620, according to the Bureau of Prisons' tatistics. Staff and prisoners said they believed it was higher. Bailey, the union president, said that since March, all but about ) of Loretto's 856 prisoners have contracted the virus.

hey had so many positives that the efforts to quarantine left prisoners scattered across the facility, according to the accounts of risoners and their families. There were sick men on cots in the gym, the visiting room, and, according to one account, on a lock without windows or ventilation, where Harmon said plumbing is so bad that feces "just starts erupting out of the toilet."

s hot spots spread into a full outbreak, Tyler rallied with other family members in a Facebook group. They called legislators. hey flooded the warden's office with email.

nthony Serrano, who suffers from high blood pressure, pre-diabetes and severe sleep apnea, was also turned down for ompassionate release by both the Bureau and a federal court.

J.S. District Judge Alvin K. Hellerstein said Serrano had made efforts to educate himself and remained a dedicated father, but aid he had only served a third of his lengthy sentence. "I am not convinced that Serrano is sufficiently reformed," Hellerstein vrote.

)n Dec. 7, Serrano, too, contracted the coronavirus. As the outbreak spread, Serrano's fiancé took to Twitter, furiously tagging J.S. Senator Cory Booker, actress Rosario Dawson, President Donald Trump. If she couldn't get Serrano out, she said she leeded someone with influence to take a look at what was happening inside.

I find myself crying now and then, but I try to keep it together when I talk to him," said the woman, who has been speaking out inder the assumed name Liz Martinez to avoid retaliation. "I can't be falling apart."

APPENDIX C-1

Based on the following facts the actions taken at FCI Loretto stand in
violation of Bureau of Prisons Policy (Program Statement 1060.11 (Rated
Capacities of Bureau Facilities)), United States Statute (Title 18 U.S.C.
§4042(a)(2) (Duties of Bureau of Prisons)), and the U.S. Constitution's
8th Amendment (Prohibition of Cruel and Unusual Punishment).


Specifically, in the past some of the rooms in North and Northeast
Units were modified to accomodate for population increase (overcrowding)
throughout the BOP. For instance, extra bunks and lockers were added
to rooms rated for double occupancy to hold four inmates, and other rooms'
walls were partially demolished to combine double occupancy rooms/cells
to accomodate six inmates. The defendant lives in the North Unit facility,
and space there does not legally accommodate the number of inmates contained
therein. For instance, North Unit contains approximately six four-man
rooms, about twelve six-man rooms, and one eight-man room. As per the
aforementioned policy (which references American Correctional Association
Standards), inmates are to be afforded 25 square feet of "Unencumbered
Space" when the number of occupants is between 2-50. Unencumbered space
is usable space that is not encumbered by furnishings or fixtures in
operational posting (bed, sink, desk, and lockers per person). The 4-man
rooms (according to policy) are only for double (2 inmates) occupancy,
and the six-man rooms are only for triple occupancy. The amount of usable
space in the six-man rooms is approximately 122 square feet. If each
inmate is to be afforded 25 square feet of unencumbered space (which
totals 150 ft² for six inmates), then it is clear that there is not enough
space in these rooms/cells to hold this many inmates. This is a clear

APPENDIX C-2

violation of BOP policy and the law.

The shower and toilet facilities pose serious problems as well. For example, North 2 and Northeast (which are adjacent to one another) contain only 13 showers and 10 toilets. ACA standards provide for a ration of 1 toilet for every 12 male inmates and 1 shower for every 8 inmates. At present North 2 and Northeast hold approximately 200 inmates. This means there are approximately 20 inmates per toilet and 15 inmates per shower, which is at least double the number required under ACA standards. The same conditions exist throughout North Unit regarding space and facilities. Furthermore, Central Unit is equipped with modern "central air conditioning and heating". This affords for adequate and proper ventilation for inmates and staff alike. However, North Unit contains only windows in the majority of rooms (4 and 6-man). There is no ventilation system in these rooms to provide forced air movement. During the summer, open windows provide ambient air. This means open windows on a breezy day provide the only source of air in the 4 and 6-man rooms/cells. The ventilation in the rooms is wholly inadequate. The insufficient ventilation systems not only significantly increase the risk of transmission of airborne diseases, but also results in excessive odors, heat, and humidity when combined with a lack of window shades or any method to exclude solar radiation on hot days when combined with overcrowding, permitting unbearable temperature levels. Moreover, TV and TRULINCS computer rooms are not equipped for overcrowding. (50-inmate capacity per TV room/approx. 5-8 computers per unit).

## APPENDIX C-3

COMMENTARY TABLE 518.1 Occupant Load Factor

| Use | m² (per person)[1] | ft² (per person)[1] |
|---|---|---|
| **Assembly Use** | | |
| Concentrated use, without fixed seating | 0.65 net | 7 net |
| Less concentrated use, without fixed seating | 1.4 net | 15 net |
| Bench-type seating | 1 person/455 linear mm | 1 person/18 linear in. |
| Fixed seating | Number of fixed seats | Number of fixed seats |
| Waiting spaces | See 12.1.7.2 and 13.1.7.2 [of NFPA 101] | See 12.1.7.2 and 13.1.7.2 [of NFPA 101] |
| Kitchens | 9.3 | 100 |
| Library stack areas | 9.3 | 100 |
| Library reading rooms | 4.6 net | 50 net |
| Swimming pools | 4.6 (water surface) | 50 (water surface) |
| Swimming pool decks | 2.8 | 30 |
| Exercise rooms with equipment | 4.6 | 50 |
| Exercise rooms without equipment | 1.4 | 15 |
| Stages | 1.4 net | 15 net |
| Lighting and access catwalks, galleries, gridirons | 9.3 net | 100 net |
| Casinos and similar gaming areas | 1 | 11 |
| Skating rinks | 4.6 | 50 |
| **Educational Use** | | |
| Classrooms | 1.9 net | 20 net |
| Shops, laboratories, vocational rooms | 4.6 net | 50 net |
| **Day-Care Use** | 3.3 net | 35 net |
| **Health Care Use** | | |
| Inpatient treatment departments | 22.3 | 240 |
| Sleeping departments | 11.1 | 120 |
| Ambulatory health-care | 9.3 | 100 |
| Detention and Correctional Use | 11.1 | 120 |
| **Residential Use** | | |
| Hotels and dormitories | 18.6 | 200 |
| Apartment buildings | 18.6 | 200 |
| Board and care, large | 18.6 | 200 |
| **Industrial Use** | | |
| General and high hazard industrial | 9.3 | 100 |
| Special purpose industrial | NA | NA |
| Business Use (other than below) | 9.3 | 100 |
| Air traffic control tower observation levels | 3.7 | 40 |
| **Storage Use** | | |
| Storage occupancies | NA | NA |
| In mercantile occupancies | 27.9 | 300 |
| In other than storage and mercantile occupancies | 46.5 | 500 |
| **Mercantile Use** | | |
| Sales area on street floor[1,3] | 2.8 | 30 |
| Sales area on two or more street floors[3] | 3.7 | 40 |
| Sales area on floor below street floor[3] | 2.8 | 30 |
| Sales area on floors above street floor[3] | 5.6 | 60 |
| Floors or portions of floors used only for offices | See business use | See business use |
| Floors or portions of floors used only for storage, receiving, and shipping, and not open to general public | 27.9 | 300 |
| Mall buildings[4] | Per factors applicable to use of space[5] | Per factors applicable to use of space[5] |

Note: NA = not applicable. The occupant load is the maximum probable number of occupants present at any time.

[1] Factors are expressed in gross area unless marked "net."

Notes 2 through 5 contain specific load or egress considerations, such as when no direct egress to a street is available, for the occupancies referenced. Refer to NFPA 101 for further information.

APPENDIX C–4

[P] TABLE 2902.1—continued
MINIMUM NUMBER OF REQUIRED PLUMBING FIXTURES[a] (See Sections 2902.1.1 and 2902.2)

| No. | CLASSIFICATION | DESCRIPTION | WATER CLOSETS (URINALS SEE SECTION 424.2 OF THE INTERNATIONAL PLUMBING CODE) | | LAVATORIES | | BATHTUBS/ SHOWERS | DRINKING FOUNTAINS (SEE SECTION 410 OF THE INTERNATIONAL PLUMBING CODE) | OTHER |
|---|---|---|---|---|---|---|---|---|---|
| | | | Male | Female | Male | Female | | | |
| 2 | Business | Buildings for the transaction of business, professional services, other services involving merchandise, office buildings, banks, light industrial, ambulatory care and similar uses | 1 per 25 for the first 50 and 1 per 50 for the remainder exceeding 50 | | 1 per 40 for the first 80 and 1 per 80 for the remainder exceeding 80 | | — | 1 per 100 | 1 service sink[a] |
| 3 | Educational | Educational facilities | 1 per 50 | | 1 per 50 | | — | 1 per 100 | 1 service sink |
| 4 | Factory and industrial | Structures in which occupants are engaged in work fabricating, assembly or processing of products or materials | 1 per 100 | | 1 per 100 | | — | 1 per 400 | 1 service sink |
| 5 | Institutional | Custodial care facilities | 1 per 10 | | 1 per 10 | | 1 per 8 | 1 per 100 | 1 service sink |
| | | Medical care recipients in hospitals and nursing homes[b] | 1 per room[e] | | 1 per room[e] | | 1 per 15 | 1 per 100 | 1 service sink |
| | | Employees in hospitals and nursing homes[b] | 1 per 25 | | 1 per 35 | | — | 1 per 100 | — |
| | | Visitors in hospitals and nursing homes | 1 per 75 | | 1 per 100 | | — | 1 per 500 | — |
| | | Prisons[b] | 1 per cell | | 1 per cell | | 1 per 15 | 1 per 100 | 1 service sink |
| | | Reformatories, detention centers and correctional centers[b] | 1 per 15 | | 1 per 15 | | 1 per 15 | 1 per 100 | 1 service sink |
| | | Employees in reformatories, detention centers and correctional centers[b] | 1 per 25 | | 1 per 35 | | — | 1 per 100 | — |
| | | Adult day care and child day care | 1 per 15 | | 1 per 15 | | 1 | 1 per 100 | 1 service sink |
| 6 | Mercantile | Retail stores, service stations, shops, salesrooms, markets and shopping centers | 1 per 500 | | 1 per 750 | | — | 1 per 1,000 | 1 service sink[a] |

(continued)

APPENDIX E-1

§1B1.13. Reduction in Term of Imprisonment Under 18 U.S.C. § 3582(c)(1)(A) (Policy Statement)

Upon motion of the Director of the Bureau of Prisons under 18 U.S.C. § 3582(c)(1)(A), the court may reduce a term of imprisonment (and may impose a term of supervised release with or without conditions that does not exceed the unserved portion of the original term of imprisonment) if, after considering the factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable, the court determines that—

(1)  (A) extraordinary and compelling reasons warrant the reduction; or

(B) the defendant (i) is at least 70 years old; and (ii) has served at least 30 years in prison pursuant to a sentence imposed under 18 U.S.C. § 3559(c) for the offense or offenses for which the defendant is imprisoned;

(2)  the defendant is not a danger to the safety of any other person or to the community, as provided in 18 U.S.C. § 3142(g); and

(3)  the reduction is consistent with this policy statement.

Commentary

Application Notes:

1. Extraordinary and Compelling Reasons.—Provided the defendant meets the requirements of subdivision (2), extraordinary and compelling reasons exist under any of the circumstances set forth below:

(A) Medical Condition of the Defendant.—

(i) The defendant is suffering from a terminal illness (*i.e.*, a serious and advanced illness with an end of

ucsent                                                                     1
© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 1

Ch. 1 Pt. A

APPENDIX E-2

life trajectory). A specific prognosis of life expectancy (*i.e.*, a probability of death within a specific time period) is not required. Examples include metastatic solid-tumor cancer, amyotrophic lateral sclerosis (ALS), end-stage organ disease, and advanced dementia.

§1B1.13

     (ii)    The defendant is—

(I)    suffering from a serious physical or medical condition,

(II)    suffering from a serious functional or cognitive impairment, or

(III)    experiencing deteriorating physical or mental health because of the aging process,

that substantially diminishes the ability of the defendant to provide self-care within the environment of a correctional facility and from which he or she is not expected to recover.

(B)    Age of the Defendant.—The defendant (i) is at least 65 years old; (ii) is experiencing a serious deterioration in physical or mental health because of the aging process; and (iii) has served at least 10 years or 75 percent of his or her term of imprisonment, whichever is less.

(C)    Family Circumstances.—

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 1

Ch. 1 Pt. A

APPENDIX E-3

(i)     The death or incapacitation of the caregiver of the defendant's minor child or minor children.

(ii)    The incapacitation of the defendant's spouse or registered partner when the defendant would be the only available caregiver for the spouse or registered partner.

(D)     Other Reasons.—As determined by the Director of the Bureau of Prisons, there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with, the reasons described in subdivisions (A) through (C).

2.     Foreseeability of Extraordinary and Compelling Reasons.—For purposes of this policy statement, an extraordinary and compelling reason need not have been unforeseen at the time of sentencing in order to warrant a reduction in the term of imprisonment. Therefore, the fact that an extraordinary and compelling reason reasonably could have been known or anticipated by the sentencing court does not preclude consideration for a reduction under this policy statement.

3.     Rehabilitation of the Defendant.—Pursuant to 28 U.S.C. § 994(t), rehabilitation of the defendant is not, by itself, an extraordinary and compelling reason for purposes of this policy statement.

4.     Motion by the Director of the Bureau of Prisons.—A reduction under this policy statement may be granted only upon motion by the Director of the Bureau of Prisons pursuant to 18 U.S.C. § 3582(c)(1)(A). The Commission encourages the Director of the Bureau of Prisons to file such a motion if the defendant meets any of the circumstances set forth in Application Note 1. The court is in a unique position to determine whether the circumstances warrant a reduction (and, if so, the amount of reduction), after considering the factors set forth in 18 U.S.C. § 3553(a) and the criteria set forth in this policy statement, such as the defendant's medical condition, the defendant's family circumstances, and whether

ucsent                                              3
© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 1

Ch. 1 Pt. A

APPENDIX E-4

the defendant is a danger to the safety of any other person or to the community.

This policy statement shall not be construed to confer upon the defendant any right not otherwise recognized in law.

§1B1.13

5. Application of Subdivision (3).—Any reduction made pursuant to a motion by the Director of the Bureau of Prisons for the reasons set forth in subdivisions (1) and (2) is consistent with this policy statement.

Background: The Commission is required by 28 U.S.C. § 994(a)(2) to develop general policy statements regarding application of the guidelines or other aspects of sentencing that in the view of the Commission would further the purposes of sentencing (18 U.S.C. § 3553(a)(2)), including, among other things, the appropriate use of the sentence modification provisions set forth in 18 U.S.C. § 3582(c). In doing so, the Commission is authorized by 28 U.S.C. § 994(t) to "describe what should be considered extraordinary and compelling reasons for sentence reduction, including the criteria to be applied and a list of specific examples." This policy statement implements 28 U.S.C. § 994(a)(2) and (t).

© 2019 Matthew Bender & Company, Inc., a member of the LexisNexis Group. All rights reserved. Use of this product is subject to the restrictions and terms and conditions of the Matthew Bender Master Agreement.

Exhibit 1

TRULINCS  12885509 - ABDULJABBAR, AWS MUWAFAQ - Unit: LOR-N-B

--------------------------------------------------------------------------------------------------------

FROM: Health Services
TO: 12885509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/04/2022 08:52:02 AM

These are not criteria for a medical bottom bunk.

From: ~^! ABDULJABBAR, ~^!AWS MUWAFAQ <12885509@inmatemessage.com>
Sent: Thursday, September 29, 2022 3:04 PM
To: LOR-InmateToHealthServices (BOP) >
Subject: ***Request to Staff*** ABDULJABBAR, AWS, Reg# 12885509, LOR-N-B

To: Dr. Burk - Bottom Bunk Pass
Inmate Work Assignment: Education Orderly

Hello Dr. Burk,

As you are aware, I suffer from high blood pressure, diabetes and I take medicine for both that can make me dizzy at times.
Also, I have to get up 5 to 7 times during the night to use the bathroom and I has been a problem - an accident likely to occur.
Sometimes I am at them point of not controlling myself, and getting up from the top bunk in the dark is really being hard for me.
I would appreciate a lower bunk pass, because I am afraid I will have an accident sooner rather than later. The other day I
slipped and almost fell on the ground, but I ended up in my celly bed and woke him up, and that was around 1 am. So this is
very dangerous for me.

I appreciate your time and care in this situation, truly.

TRULINCS  12885509 - ABDULJABBAR, AWS MUWAFAQ - Unit: LOR-N-B

--------------------------------------------------------------------------------

FROM: Health Services
TO: 12885509
SUBJECT: RE:***Inmate to Staff Message***
DATE: 10/12/2022 07:37:02 AM

Previously addressed.

From: ~^! ABDULJABBAR, ~^!AWS MUWAFAQ <12885509@inmatemessage.com>
Sent: Monday, October 10, 2022 12:46 AM
To: LOR-InmateToHealthServices (BOP) >
Subject: ***Request to Staff*** ABDULJABBAR, AWS, Reg# 12885509, LOR-N-B

To: Dr. Burk - Bottom Bunk Pass
Inmate Work Assignment: Education Orderly

Mr. Burk / Dr. Swindell,

With respect to your response to my request for a lower bunk pass you should know that when I fell from my bunk I reinjured my shoulder. I have a prior rotator cuff tear some years back in Iraq while working for the US government. This injury makes it even more difficult to climb up to an upper bunk. I would like to get my shoulder evaluated as soon as possible and I would like to know just what the criteria is.

Thank you for you time,
-----Health Services on 10/4/2022 8:52 AM wrote:

>
These are not criteria for a medical bottom bunk.

From: ~^! ABDULJABBAR, ~^!AWS MUWAFAQ <12885509@inmatemessage.com>
Sent: Thursday, September 29, 2022 3:04 PM
To: LOR-InmateToHealthServices (BOP) >
Subject: ***Request to Staff*** ABDULJABBAR, AWS, Reg# 12885509, LOR-N-B

To: Dr. Burk - Bottom Bunk Pass
Inmate Work Assignment: Education Orderly

Hello Dr. Burk,

As you are aware, I suffer from high blood pressure, diabetes and I take medicine for both that can make me dizzy at times. Also, I have to get up 5 to 7 times during the night to use the bathroom and I has been a problem - an accident likely to occur. Sometimes I am at them point of not controlling myself, and getting up from the top bunk in the dark is really being hard for me. I would appreciate a lower bunk pass, because I am afraid I will have an accident sooner rather than later. The other day I slipped and almost fell on the ground, but I ended up in my celly bed and woke him up, and that was around 1 am. So this is very dangerous for me.

I appreciate your time and care in this situation, truly.

# Bureau of Prisons
# Health Services
## Inmate  Intra-system Transfer

 Exhibit MR

| Reg #:  12885-509 | Inmate Name:  ABDULJABBAR, AWS MUWAFAQ |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance:  Yes

| Last PPD Date: 07/21/2022 | Induration: 11mm |
|---|---|
| Last Chest X-Ray Date: 08/05/22 | Results: |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |

Transfer To: _____     Transfer Date: 08/11/2022

Health Problems

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Vitamin D deficiency | Current |
| Hyperlipidemia, unspecified | Current |
| Essential (primary) hypertension | Current |
| LTBI Pending Tx Eval | Current |

Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**amLODIPine 10 MG TAB  Exp: 10/26/2022  SIG: Take one tablet (10 MG) by mouth daily ***note increased dose*****
**Aspirin 81 MG EC Tab  Exp: 07/21/2023  SIG: Take one tablet (81 MG) by mouth daily**
**Atorvastatin 10 MG Tab  Exp: 07/21/2023  SIG: Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin**
**Cholecalciferol (Vit D)  5000 UNIT (125mcg) Tab  Exp: 07/21/2023  SIG: Take one tablet  by mouth daily**
**metFORMIN HCl  850 MG Tab  Exp: 08/18/2022  SIG: Take one tablet (850 MG)  by mouth two times a day**

OTCs:  Listing of all known OTCs this inmate is currently taking.
   None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 07/19/2022 | 00:00 | Preventive Health Visit | Nurse 11 |
| 08/01/2022 | 00:00 | Follow-up | MLP 03 |
| 08/17/2022 | 00:00 | Chronic Care Visit | Physician 01 |

Non-Medication Orders:
   No Data Found

Active Alerts:
   No Data Found

Consultations:

Pending Institutional Clinical Director Action
   No Data Found

Pending UR Committee Action
   No Data Found

Pending Regional Review Action
   No Data Found

Pending Scheduling
   No Data Found

| Reg #:  12885-509 | Inmate Name:   ABDULJABBAR, AWS MUWAFAQ |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending Consultation
　No Data Found

Pending Results
　No Data Found

Sickle Cell:
　Sickle Cell Trait/Disease:　No

Limitations/Restrictions/Diets:
　Cleared for Food Service: No

Comments:

Allergies
　No Known Allergies

Recent Vaccine History

| Vaccine | Given Date | Administered |
|---|---|---|
| COVID-19 Moderna Vaccine | 07/19/2022 08:14 | Refused |

Devices / Equipment
　No Data Found

Travel:
　Direct Travel: No
Travel Restrictions:　None
UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution:　ALLENWOOD USP　　　　　　　　Phone Number: 5705470963
　　　　　　Address 1:　RT 15,2 MILES N OF
　　　　　　Address 2:　ALLENWOOD
　　　　　City/State/Zip:
　　　　　　　　　　　ALLENWOOD, Pennsylvania
　　　　　　　　　　　17810

Name/Title of Person Completing Form:　Hernandez, Sara PA-C　　　　　　　　Date:　08/09/2022

Inmate Name:　ABDULJABBAR, AWS MUWAFAQ　Reg #:　12885-509　DOB:　10/05/1978　Sex:　M


Leading Teleradiology

## USP Allenwood ALP

| | | | |
|---|---|---|---|
| Patient: | **ABDULJABBAR, AWS (Male)** | DOB: | 10/05/78 |
| Register#: | 12885-509 | Age: | 43 |
| Date: | 08/05/22 12:56 | Status: | OP |
| Slicecount: | 2 | | |
| History: | +PPD | | |
| Priors: | | | |
| Exams: | FILM CXR 2 VIEWS | | |
| Referring Phy: | HOLTZAPPLE, JENNIFER PA | | |
| Ordering Phy: | | | |
| Ordering Phy#: | | | |
| Accession Numbers: 239-22P | | | |

*S. Hernandez, PA-C*

*AUG 0 9 2022*

*FCC Allenwood*

**Final Report**

**Exam: FILM CXR 2 VIEWS**

**HISTORY:** see above

**TECHNIQUE:** Frontal and lateral views of the chest.

**COMPARISON:** None

**FINDINGS:** Normal lung volumes. The lungs are clear. No acute airspace disease or pulmonary edema. No lung cavities, fibronodular opacities or parenchymal architectural distortion.

Normal cardiomediastinal contours. Normal cardiac size.

No pleural effusions.

No pneumothorax.

No acute osseous abnormalities.

**IMPRESSION:** Normal chest examination. No radiographic evidence of active tuberculosis.

Radiologist:  Justin Yoon, MD

Study ready at 12:56 and initial results transmitted at 13:27

*Charles Ackley, DO*

*AUG 1 5 2022*

*FCC Allenwood*


Federal
Bureau of
Prisons

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ABDULJABBAR, AWS | **Facility** USP Allenwood | **Collected** 07/26/2022 13:24 EDT |
| **Reg #** 12885-509 | **Order Unit** A01-123L | **Received** 07/27/2022 14:29 EDT |
| **DOB** 10/05/1978 | **Provider** Charles Ackley, DO | **Reported** 07/27/2022 18:15 EDT |
| **Sex** M | | **LIS ID** 202221891 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 137 | 136-145 | mmol/L |
| Potassium | | 4.0 | 3.5-5.1 | mmol/L |
| Chloride | | 100 | 98-107 | mmol/L |
| Carbon Dioxide | | 28 | 22-29 | mmol/L |
| Urea Nitrogen (BUN) | | 10 | 6-20 | mg/dL |
| Creatinine | | 0.80 | 0.67-1.17 | mg/dL |
| eGFR (CKD-EPI 2021) | | >60 | | |

GFR units measured as mL/min/1.73m^2
A calculated GFR <60 suggests chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.7 | 8.6-10.0 | mg/dL |
| Glucose | H | 170 | 74-106 | mg/dL |
| AST | | 12 | 10-40 | U/L |
| ALT | | 20 | 8-41 | U/L |
| Alkaline Phosphatase | | 50 | 40-129 | U/L |
| Bilirubin, Total | | 0.3 | <=1.2 | mg/dL |
| Protein, Total | | 6.6 | 6.6-8.7 | g/dL |
| Albumin | | 4.5 | 3.5-5.2 | g/dL |
| Globulin | | 2.2 | 2.0-3.7 | g/dL |
| Albumin/Globulin Ratio | | 2.07 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 12.1 | 5.0-30.0 | |
| Cholesterol, Total | | 135 | <200 | mg/dL |
| Triglycerides | | 136 | <=150 | mg/dL |
| HDL Cholesterol | L | 33 | 40-60 | mg/dL |
| LDL-Cholesterol | | 75 | <=130 | mg/dL |
| Chol/HDLC Ratio | H | 4.1 | 0.0-4.0 | |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| White Blood Cell Count | | 7.1 | 4.3-11.1 | K/uL |
| Red Blood Cell Count | | 4.69 | 4.46-5.78 | M/uL |
| Hemoglobin | | 14.0 | 13.6-17.6 | g/dL |
| Hematocrit | | 42.9 | 40.2-51.4 | % |
| MCV | | 91.5 | 82.5-96.5 | fL |
| MCH | | 29.9 | 27.1-34.9 | pg |
| MCHC | L | 32.6 | 33.0-37.0 | g/dL |
| RDW-CV | | 13.3 | 12.0-14.0 | % |
| Platelet Count | | 144 | 130-374 | K/uL |
| IPF | H | 15.90 | 4.89-14.15 | % |

| | | | | | | |
|---|---|---|---|---|---|---|
| **FLAG LEGEND** | L=Low | L!=Low Critical | H=High | H!=High Critical | A=Abnormal | A! =Abnormal Critical |



# U.S. Medical Center for Federal Prisons

Federal
Bureau of
Prisons

1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ABDULJABBAR, AWS | **Facility** USP Allenwood | **Collected** 07/26/2022 13:24 EDT |
| **Reg #** 12885-509 | **Order Unit** A01-123L | **Received** 07/27/2022 14:29 EDT |
| **DOB** 10/05/1978 | **Provider** Charles Ackley, DO | **Reported** 07/27/2022 18:15 EDT |
| **Sex** M | | **LIS ID** 202221891 |

## HEMATOLOGY

| MPV | H | 13.0 | 6.9-10.5 | fL |
|---|---|---|---|---|

## HEMOGLOBIN A1C

| Hemoglobin A1C | H | 6.4 | <5.7 | % |
|---|---|---|---|---|

5.7 - 6.4 Increased Risk
> 6.4 Diabetes

## HEPATITIS

| Hepatitis B Surface Antigen | Non-Reactive | Non-Reactive |
|---|---|---|
| Hepatitis B Surface Antibody QL | Negative | Negative |
| Hepatitis C Antibody | Non-Reactive | Non-Reactive |

## SEROLOGY

| RPR | Non-Reactive | Non-Reactive |
|---|---|---|

Results may be affected in patients with severely advanced immunosuppression.

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal   A! =Abnormal Critical



**U.S. Medical Center for Federal Prisons**
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

Federal
Bureau of
Prisons

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ABDULJABBAR, AWS | **Facility** USP Allenwood | **Collected** 07/26/2022 13:24 EDT |
| **Reg #** 12885-509 | **Order Unit** A01-123L | **Received** 07/27/2022 14:29 EDT |
| **DOB** 10/05/1978 | **Provider** Charles Ackley, DO | **Reported** 07/27/2022 18:15 EDT |
| **Sex** M | | **LIS ID** 202221891 |

| HIV | | |
|---|---|---|
| HIV Ag/Ab 4th Gen | Non-Reactive | Non-Reactive |

# Bureau of Prisons
## Health Services
## Medication Summary
## Historical

| | | |
|---|---|---|
| Complex: LOR--LORETTO FCI | Begin Date: 07/01/2022 | End Date: 09/20/2022 |
| Inmate: ABDULJABBAR, AWS MUWAFAQ | Reg #: 12885-509 | Quarter: N03-233U |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**　　　　　　　Denied

## Active Prescriptions

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily
**Rx#:** 145594-LOR　　**Doctor:** Krepps, Jim PA-C
**Start:** 08/23/22　　**Exp:** 02/19/23　　　　　　**Pharmacy Dispensings:** 30 TAB in 29 days

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth daily
**Rx#:** 667303-ALX　　**Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/19/22　　**Exp:** 08/18/22　　**D/C:** 07/21/22　　**Pharmacy Dispensings:** 15 TAB in 30 days

amLODIPine 5 MG TAB
Take one tablet (5 MG) by mouth daily
**Rx#:** 667732-ALX　　**Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/21/22　　**Exp:** 07/21/23　　**D/C:** 07/28/22　　**Pharmacy Dispensings:** 0 TAB in 62 days

amLODIPine 10 MG TAB
Take one tablet (10 MG) by mouth daily ***note increased dose***
**Rx#:** 668248-ALX　　**Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/28/22　　**Exp:** 10/26/22　　**D/C:** 08/23/22　　**Pharmacy Dispensings:** 37 TAB in 55 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily
**Rx#:** 145595-LOR　　**Doctor:** Krepps, Jim PA-C
**Start:** 08/23/22　　**Exp:** 08/23/23　　　　　　**Pharmacy Dispensings:** 30 TAB in 29 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily
**Rx#:** 667304-ALX　　**Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/19/22　　**Exp:** 08/18/22　　**D/C:** 07/21/22　　**Pharmacy Dispensings:** 15 TAB in 30 days

Aspirin 81 MG EC Tab
Take one tablet (81 MG) by mouth daily
**Rx#:** 667733-ALX　　**Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/21/22　　**Exp:** 07/21/23　　**D/C:** 08/23/22　　**Pharmacy Dispensings:** 7 TAB in 62 days

| | | | |
|---|---|---|---|
| **Complex:** LOR--LORETTO FCI | **Begin Date:** 07/01/2022 | | **End Date:** 09/20/2022 |
| **Inmate:** ABDULJABBAR, AWS MUWAFAQ | **Reg #:** 12885-509 | **Quarter:** N03-233U | |

## Active Prescriptions

**Atorvastatin 20 MG TAB**
Take one-half (1/2) tablet (10 MG) by mouth each day ***NOTE DOSE and STRENGTH***
**Rx#:** 145596-LOR   **Doctor:** Krepps, Jim PA-C
**Start:** 08/23/22   **Exp:** 08/23/23   **Pharmacy Dispensings:** 15 tab in 29 days

**Atorvastatin 10 MG Tab**
Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin
**Rx#:** 667496-ALX   **Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/20/22   **Exp:** 07/20/23   **D/C:** 07/21/22   **Pharmacy Dispensings:** 30 tab in 63 days

**Atorvastatin 10 MG Tab**
Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin
**Rx#:** 667734-ALX   **Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/21/22   **Exp:** 07/21/23   **D/C:** 08/23/22   **Pharmacy Dispensings:** 7 tab in 62 days

**Ibuprofen 800 MG Tab**
Take one tablet (800 MG) by mouth three times daily as needed for pain with food for 5 days
**Rx#:** 145506-LOR   **Doctor:** Hoover, Stephanie PA-C
**Start:** 08/31/22   **Exp:** 09/05/22   **Pharmacy Dispensings:** 15 TAB in 5 days

**metFORMIN HCl 850 MG Tab**
Take one tablet (850 MG) by mouth two times a day
**Rx#:** 667305-ALX   **Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/19/22   **Exp:** 08/18/22   **Pharmacy Dispensings:** 30 TAB in 30 days

**Silver Sulfadiazine Cream 1%, 50 GM**
Apply a small amount topically to the affected area(s) three times daily AS NEEDED for 7 days
**Rx#:** 146197-LOR   **Doctor:** Hoover, Stephanie PA-C
**Start:** 09/01/22   **Exp:** 09/08/22   **Pharmacy Dispensings:** 50 GM in 7 days

**Cholecalciferol (Vit D) 2000 UNIT (50 mcg) Tab**
Take 2 and 1/2 (two and a half) tablets by mouth each day ***NOTE DOSE and STRENGTH***
**Rx#:** 145597-LOR   **Doctor:** Krepps, Jim PA-C
**Start:** 08/23/22   **Exp:** 08/23/23   **Pharmacy Dispensings:** 75 TAB in 29 days

**Cholecalciferol (Vit D) 5000 UNIT (125mcg) Tab**
Take one tablet by mouth daily
**Rx#:** 667307-ALX   **Doctor:** Ackley, Charles (MAT) DO
**Start:** 07/19/22   **Exp:** 08/18/22   **D/C:** 07/21/22   **Pharmacy Dispensings:** 15 Tab in 30 days

**Cholecalciferol (Vit D) 5000 UNIT (125mcg) Tab**
Take one tablet by mouth daily
**Rx#:** 667735-ALX   **Doctor:** Ackley, Charles (MAT) DO

| Complex: | LOR--LORETTO FCI | Begin Date: | 07/01/2022 | End Date: | 09/20/2022 |
|---|---|---|---|---|---|
| Inmate: | ABDULJABBAR, AWS MUWAFAQ | Reg #: | 12885-509 | Quarter: | N03-233U |

## Active Prescriptions

**Start:** 07/21/22     **Exp:** 07/21/23     **D/C:** 08/23/22     **Pharmacy Dispensings:** 7 Tab in 62 days

## Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M   Race: WHITE | Facility: ALP |
| Encounter Date: | 07/21/2022 12:18 | Provider: Ackley, Charles (MAT) DO | Unit: A01 |

Chronic Care - 14 Day Physician Eval encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:  Ackley, Charles (MAT) DO

Chief Complaint:  Chronic Care Clinic

Subjective:  the patient was seen for a 14 day evaluation.  The patient was seen at his cell door during the quarantine procedures.
1. Diabetes type 2.  The patient is currently on metformin 850 mg 2 times daily.  The patient does not know what his hemoglobin A1c is.  This level will be drawn and then decision will be made on his treatment options.
2. Hypertension, the patient is currently on amlodipine 5 mg daily, labs will also be done and consideration for addition of an ACE inhibitor/ARB will be made on follow-up.
3. Hyperlipidemia, the patient is currently on atorvastatin 10 mg daily, he had been on simvastatin, we switched this to the atorvastatin due to formulary issues, we will check his lipid panel as well.
4. History of vitamin D deficiency, this will be assessed as well.
He denies any falls in the last 3 months.
He denies chest pain, shortness of breath, abdominal pain.

Pain:  No

**Seen for clinic(s):** Diabetes, Hypertension, Endocrine/Lipid, General
**Added to clinic(s):** Diabetes, Hypertension, Endocrine/Lipid, General

**OBJECTIVE:**

<u>Exam comments</u>
the patient was seen through the cell door,patient appears to be well-nourished, well hydrated, in no acute distress.  He showed no signs of any obvious abnormalities, there is no psychomotor agitation present.

**ASSESSMENT:**

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Type 2 diabetes mellitus, E119 - Current

Vitamin D deficiency, E559 - Current

**PLAN:**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 667303-ALX | amLODIPine  5 MG TAB | 07/21/2022 12:18 |
| | **Prescriber Order:**  Take one tablet (5 MG) by mouth daily x 365 day(s) | |
| | Indication:  Hyperlipidemia, unspecified | |
| 667304-ALX | Aspirin 81 MG EC Tab | 07/21/2022 12:18 |
| | **Prescriber Order:**  Take one tablet (81 MG) by mouth daily x 365 day(s) | |
| | Indication:  Type 2 diabetes mellitus | |

| Inmate Name: ABDULJABBAR, AWS MUWAFAQ | | Reg #: 12885-509 |
|---|---|---|
| Date of Birth: 10/05/1978 | Sex: M   Race: WHITE | Facility: ALP |
| Encounter Date: 07/21/2022 12:18 | Provider: Ackley, Charles (MAT) DO | Unit: A01 |

## Renew Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| 667496-ALX | Atorvastatin 10 MG Tab | 07/21/2022 12:18 |

> **Prescriber Order:** Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin x 365 day(s)
>
> Indication: Hyperlipidemia, unspecified

| Rx# | Medication | Order Date |
|---|---|---|
| 667307-ALX | Cholecalciferol (Vit D) 5000 UNIT (125mcg) Tab | 07/21/2022 12:18 |

> **Prescriber Order:** Take one tablet by mouth daily x 365 day(s)
>
> Indication: Vitamin D deficiency

## New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Chronic Care Clinics-Diabetic-CBC | One Time | 07/25/2022 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests-H-Hep B surface Ab | | | |
| Lab Tests-H-Hep B surface Ag | | | |
| Lab Tests-H-Hep C Ab | | | |
| Lab Tests-H-HIV 1/2 | | | |
| Lab Tests-R-RPR | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Diabetic-Comprehensive Metabolic Profile (CMP) | | | |

Labs requested to be reviewed by:      Geci, Donald PA-C

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Chronic Care Visit | 08/17/2022 00:00 | Physician 01 |

follow-up DM 2, hypertension, hyperlipidemia labs ordered.

## Disposition:

Follow-up at Sick Call as Needed

Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/21/2022 | Counseling | Access to Care | Ackley, Charles | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Ackley, Charles (MAT) DO on 07/21/2022 12:28

**Bureau of Prisons**
**Health Services**
**Clinical Encounter - Administrative Note**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex:     M     Race: WHITE | Facility: | ALP |
| Note Date: | 07/21/2022 06:28 | Provider:   Holtzapple, Jennifer PA | Unit: | A01 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Holtzapple, Jennifer PA
+PPD chest x-ray

**New Radiology Request Orders:**

| Details | Frequency | End Date | Due Date | Priority |
|---|---|---|---|---|
| General Radiology-Chest-2 Views | One Time | | 07/29/2022 | Routine |
| Specific reason(s) for request (Complaints and findings): | | | | |
| +PPD | | | | |

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Holtzapple, Jennifer PA on 07/21/2022 06:29

### Bureau of Prisons
### Health Services
### Clinical Encounter

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | | Sex: | M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 08/01/2022 11:22 | | Provider: | Servose, Ryan AART | | Unit: | A01 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:**  No Show

**Comments:** Unable to get chest x-ray done due to intuitional lockdown. Will attempt to get x-rays completed ASAP.

**Cosign Required:** No

Completed by Servose, Ryan AART on 08/01/2022 11:22.



# Bureau of Prisons
# Health Services
## Vitals All

| Begin Date: | 07/01/2022 | End Date: | 09/20/2022 |
|---|---|---|---|
| Reg #: | 12885-509 | Inmate Name: | ABDULJABBAR, AWS MUWAFAQ |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 09/01/2022 | 07:05 LOR | 98.0 | 36.7 | | Hoover, Stephanie PA-C |
| | **Orig Entered:** 09/01/2022 07:06 EST   Hoover, Stephanie PA-C | | | | |
| 07/27/2022 | 14:10 ALX | 97.2 | 36.2 | | Geci, Donald PA-C |
| | **Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/02/2022 | 13:21 LOR | 76 | | | Swindell, Kim (MAT) MD/CD |
| | **Orig Entered:** 09/02/2022 13:22 EST   Swindell, Kim (MAT) MD/CD | | | | |
| 07/27/2022 | 14:10 ALX | 77 | | | Geci, Donald PA-C |
| | **Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C | | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/02/2022 | 13:21 LOR | 14 | Swindell, Kim (MAT) MD/CD |
| | **Orig Entered:** 09/02/2022 13:22 EST   Swindell, Kim (MAT) MD/CD | | |
| 07/27/2022 | 14:10 ALX | 16 | Geci, Donald PA-C |
| | **Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C | | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 09/02/2022 | 13:21 LOR | 131/82 | | | | Swindell, Kim (MAT) MD/CD |
| | **Orig Entered:** 09/02/2022 13:22 EST   Swindell, Kim (MAT) MD/CD | | | | | |
| 07/27/2022 | 14:10 ALX | 163/97 | | | | Geci, Donald PA-C |
| | **Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C | | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 99 | | Geci, Donald PA-C |
| | **Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C | | | |

**Height:**

| Date | Time | Inches | Cm | Provider |
|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 69.0 | 175.3 | Geci, Donald PA-C |
| | **Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C | | | |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|---|---|---|---|---|---|
| 09/02/2022 | 13:21 LOR | 221.0 | 100.2 | | Swindell, Kim (MAT) MD/CD |
| | **Orig Entered:** 09/02/2022 13:22 EST   Swindell, Kim (MAT) MD/CD | | | | |
| 07/27/2022 | 14:10 ALX | 225.0 | 102.1 | | Geci, Donald PA-C |

| Begin Date: | 07/01/2022 | | | End Date: | 09/20/2022 |
| Reg #: | 12885-509 | | | Inmate Name: | ABDULJABBAR, AWS MUWAFAQ |

| **Date** | **Time** | **Lbs** | **Kg** | **Waist Circum.** | **Provider** |
|----------|----------|---------|--------|-------------------|--------------|

**Orig Entered:** 07/27/2022 14:12 EST   Geci, Donald PA-C

# Bureau of Prisons
## Health Services
### Health Screen

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/23/2022 06:58 | Provider: | Krepps, Jim PA-C | Facility: | LOR |

**Seizures:** Denied

**Diabetes:**

  **Type:** Non-Insulin Dependent

  **Age of Onset:** Adult (31-40 Years)

  **Comments:** Takes Metformin.

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

  **Age of Onset:** Adult (31-40 Years)

  **Comments:**

Respiratory: Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:** Denied

**Tuberculosis:**

  **Hx of Previous Disease:** No

  **Blood-tinged Sputum:** No

  **Night Sweats:** No

  **Weight Loss:** No

  **Fever:** No

  **Cough:** No

  **Comments:**

**Infectious Disease Risk Factors:**

  **IV Drug Use:** No

  **IV Drug Use Needles:**

  **Sexual Partner IV Drug Use:** No

  **Sexual Partner IV Drug Use Needles:**

  **Female Sexual Partners (Last 5 Yrs):** 1

  **Male Sexual Partners (Last 5 Yrs):** 0

  **Condom Use:** Sometimes

  **Sexual Contact With HIV+ Individual:** No

  **Blood Product Transfusion:** No

  **Travel Outside US:** No

  **Tattoos:** No

  **Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/23/2022 06:58 | Provider: | Krepps, Jim PA-C | Facility: | LOR |

**HIV History:**      Denied

**Hepatitis:**      Denied

**Other Infectious Diseases:**      Denied

**Abuse History:** Denied

    **Physical:** No

    **Emotional:** No

    **Sexual:** No

    **Comments:**

Mental Health:

    **Level of Consciousness:** Alert and Oriented

    **Psychomotor Activity:** Normal

    **General Appearance:** Normal

    **Behavior:** Cooperative

    **Mood:** Appropriate to Content

    **Thought Process:** Goal Directed

    **Thought Content:** Normal

    **Hx of Mental Health Treatment:** None

    **Hx of Head Injury:** None

    **Current Mental Health Treatment:** No

    **Current Mental Health Complaint:** No

    **Hx of Loss of Consciousness:** No

    **Hx of Hearing Voices:** No

    **Past History of Suicide Attempt:** No

    **Current Suicide Ideation:** No

    **Suicide Prevention Initiated:** No

    **Comments:**

Substance Use History:

| | **Last Used** | **Frequency** | **Route** | **Type** | **Amount** |
|---|---|---|---|---|---|
| **Alcohol** | 1 - 5 years | > 1 X per year | | Combination | 3 drinks / day |

    **Hx of Withdrawal Symptoms:**

    **Currently enrolled in a medication for opioid use disorder/mat program:** No

    **Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/23/2022 06:58 | Provider: | Krepps, Jim PA-C | Facility: | LOR |

**Current Painful Condition:**   Denied

**Other Health Issues:**

   **Current Medical Conditions:**

   **Other Current Treatments:**

**Pregnant:**   N/A

**Postpartum:**   N/A

**Dental Condition:**

   **Pain in Teeth or Mouth:** No

   **Swelling in Mouth:** No

   **Dental Complaint:** Yes

   **Current Dental Treatment:** No

   **Comments:** CAVITIES

**Observations:**

   **Draining Skin Lesions:** No

   **Signs of Lice:** No

   **Signs of Scabies:** No

   **Signs of Recent Trauma:** No

   **Recent Tattoos:** No

   **Needle Marks:** No

   **Signs of Rash:** No

   **Open Sores:** No

   **Wounds:** No

   **Body Deformities:** No

   **Tremors:** No

   **Sweating:** No

   **Comments:**

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

   <u>Item</u>

   Diabetes History

   Hypertension History

   Substance Abuse History

   Dental Complaint

   PPD Administration Not Performed

Health Problems Newly Identified During This Encounter:

   <u>Health Problem</u>

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: M | Race: | WHITE |
| Encounter Date: | 08/23/2022 06:58 | Provider: Krepps, Jim PA-C | Facility: | LOR |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Renew Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| 668248-ALX | amLODIPine 10 MG TAB | 08/23/2022 06:58 |
| | **Prescriber Order:**   Take one tablet (10 MG) by mouth daily ***note increased dose*** x 180 day(s) | |
| | Indication:   Essential (primary) hypertension | |
| 667733-ALX | Aspirin 81 MG EC Tab | 08/23/2022 06:58 |
| | **Prescriber Order:**   Take one tablet (81 MG) by mouth daily x 365 day(s) | |
| | Indication:   Type 2 diabetes mellitus | |
| 667734-ALX | Atorvastatin 10 MG Tab | 08/23/2022 06:58 |
| | **Prescriber Order:**   Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin x 365 day(s) | |
| | Indication:   Hyperlipidemia, unspecified | |
| 667735-ALX | Cholecalciferol (Vit D)  5000 UNIT (125mcg) Tab | 08/23/2022 06:58 |
| | **Prescriber Order:**   Take one tablet  by mouth daily x 365 day(s) | |
| | Indication:   Vitamin D deficiency | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| BOP | Continue | Rx | 668248-ALX | amLODIPine 10 MG TAB | Take one tablet (10 MG) by mouth daily ***note increased dose*** |
| BOP | Continue | Rx | 667733-ALX | Aspirin 81 MG EC Tab | Take one tablet (81 MG) by mouth daily |
| BOP | Continue | Rx | 667734-ALX | Atorvastatin 10 MG Tab | Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin |
| BOP | Continue | Rx | 667735-ALX | Cholecalciferol (Vit D)  5000 UNIT (125mcg) Tab | Take one tablet  by mouth daily |
| | | OTC | | No known OTCs | |

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**
Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| 14 Day Dr Eval | 08/23/2022 00:00 | Physician |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Krepps, Jim PA-C on 08/23/2022 07:18

# Bureau of Prisons
## Health Services
## Medical Duty Status

Reg #: 12885-509                    Inmate Name: ABDULJABBAR, AWS MUWAFAQ

**Housing Status**

__ confined to the living quarters except __meals __pill line __treatments   Exp. Date: _____

__ on complete bed rest: __bathroom privileges only   Exp. Date: _____

__ cell: __cell on first floor __single cell __lower bunk __airborne infection isolation   Exp. Date: _____

__ other: _____   Exp. Date: _____

**Physical Limitation/Restriction**

__ all sports   Exp. Date: _____

__ weightlifting: __upper body __lower body   Exp. Date: _____

__ cardiovascular exercise: __running __jogging __walking __softball   Exp. Date: _____
            __football __basketball __handball __stationary equipment

__ other: _____   Exp. Date: _____

**May have the following equipment in his / her possession:**

**Work Restriction / Limitation:**

Cleared for Food Service: **No** _____

_X_ No Restrictions

**Comments:** N/A

Geci, Donald PA-C _____   07/27/2022
Health Services Staff                                                                 Date

Inmate Name: **ABDULJABBAR, AWS MUWAFAQ**   Reg #: **12885-509**   Quarters: **N03**

*ALL EXPIRATION DATES ARE AT 24:00*

**Bureau of Prisons**
**Health Services**
**Dental Health History Screen**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M   Race:   WHITE | Facility: | ALP |
| Encounter Date: | 08/03/2022 06:39 | Provider:   Barkauskas, Stacey | Unit: | A01 |

**ASSESSMENTS:**

**Health Problems as of Dental Health History Encounter date:** 08/03/2022 06:39
Health Problems

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Vitamin D deficiency | Current |
| Hyperlipidemia, unspecified | Current |
| Essential (primary) hypertension | Current |
| LTBI Pending Tx Eval | Current |

**Medical History as of Dental Health History Encounter date:** 08/03/2022 06:39
**Medical History:**

| | |
|---|---|
| **Allergies:** | Denied |
| **Seizures:** | Denied |
| **Diabetes:** | |
| **Type:** | Non-Insulin Dependent |
| **Age of Onset:** | |
| **Comments:** | |
| **Cardiovascular:** | Denied |
| **CVA:** | Denied |
| **Hypertension:** | |
| **Age of Onset:** | |
| **Comments:** | |
| Respiratory: | Denied |
| **Sickle Cell Anemia:** | Denied |
| **Carcinoma/Lymphoma:** | Denied |
| **HIV History:** | |
| **When Tested:** | 2022 |
| **Test Result:** | Negative |
| **When Diagnosed AIDS:** | |
| **Last CD4:** | |
| **Comments:** | |
| **Hepatitis:** | Denied |
| **Other Infectious Diseases:** | Denied |

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 08/03/2022 06:39 | Provider: | Barkauskas, Stacey | Unit: | A01 |

**Other Health Issues:**

   **Other Medical Conditions And Treatment:**

   **Current Medical Conditions:**

   **Other Current Treatments:**

**Pregnant:** N/A

**Dental Observations as of Dental Health History Encounter date:** 08/03/2022 06:39

                             **History:**

| | |
|---|---|
| **Alcohol:** | No |
| **Methamphetamine:** | No |
| **Tobacco products:** | No |
| **Other drugs:** | No |
| **Sensitive teeth:** | No |
| Bleeding gums: | Yes |
| **Food impaction:** | No |
| **Pain around ear:** | No |
| **Toothache:** | No |
| **Wear partial dentures:** | No |
| **Unusual sounds while eating:** | No |
| **Snoring:** | No |
| **Blisters on lips or mouth:** | No |
| **Clenching or grinding:** | No |
| **Swelling or lumps in mouth/throat:** | No |
| **Burning tongue:** | No |
| **Bad breath:** | No |
| Decayed teeth: | Yes |
| **Loose teeth:** | No |
| **Wear dentures:** | No |
| **None:** | No |
| **Comments:** | |
| **Cardiac Condition Requiring Prophylaxis:** | No |
| **Prosthetic joint(s):** | No |
| **Radiation history of head or neck:** | No |
| **Excessive bleeding:** | No |
| **Bisphosphonates:** | No |
| **Comments:** | |

**Medications as of Dental Health History Encounter date:**     08/03/2022 06:39

Medications:

   amLODIPine 10 MG TAB  Exp: 10/26/2022  SIG: Take one tablet (10 MG) by mouth daily ***note increased dose***

   Aspirin 81 MG EC Tab  Exp: 07/21/2023  SIG: Take one tablet (81 MG) by mouth daily

   Atorvastatin 10 MG Tab  Exp: 07/21/2023  SIG: Take one tablet (10 MG) by mouth daily - Note: this replaces

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: M | Race: WHITE | Facility: | ALP |
| Encounter Date: 08/03/2022 06:39 | | Provider: | Barkauskas, Stacey | Unit: | A01 |

simvastatin
Cholecalciferol (Vit D)  5000 UNIT (125mcg) Tab  Exp: 07/21/2023  SIG: Take one tablet  by mouth daily
metFORMIN HCl  850 MG Tab  Exp: 08/18/2022  SIG: Take one tablet (850 MG)  by mouth two times a day

OTCs:  Listing of all known OTCs this inmate is currently taking.


Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Barkauskas, Stacey DMD, CDO on 08/05/2022 06:40

**Bureau of Prisons**
**Health Services**
**Inmate Intra-system Transfer**



| Reg #:  12885-509 | Inmate Name:  ABDULJABBAR, AWS MUWAFAQ |
|---|---|

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

TB Clearance:  Yes

| | |
|---|---|
| Last PPD Date: 07/21/2022 | Induration: 11mm |
| Last Chest X-Ray Date: 08/05/22 | Results: |
| TB Treatment: | Sx free for 30 days: Yes |
| TB Follow-up Recommended: No | |

Transfer To: _____     Transfer Date: 08/11/2022

Health Problems

| Health Problem | Status |
|---|---|
| Type 2 diabetes mellitus | Current |
| Vitamin D deficiency | Current |
| Hyperlipidemia, unspecified | Current |
| Essential (primary) hypertension | Current |
| LTBI Pending Tx Eval | Current |

Medications:  All medications to be continued until evaluated by a physician unless otherwise indicated. Bolded drugs required for transport.

**amLODIPine 10 MG TAB  Exp: 10/26/2022  SIG: Take one tablet (10 MG) by mouth daily ***note increased dose*****
**Aspirin 81 MG EC Tab  Exp: 07/21/2023  SIG: Take one tablet (81 MG) by mouth daily**
**Atorvastatin 10 MG Tab  Exp: 07/21/2023  SIG: Take one tablet (10 MG) by mouth daily - Note: this replaces simvastatin**
**Cholecalciferol (Vit D)  5000 UNIT (125mcg) Tab  Exp: 07/21/2023  SIG: Take one tablet  by mouth daily**
**metFORMIN HCl  850 MG Tab  Exp: 08/18/2022  SIG: Take one tablet (850 MG)  by mouth two times a day**

OTCs:  Listing of all known OTCs this inmate is currently taking.
  None

Pending Appointments:

| Date | Time | Activity | Provider |
|---|---|---|---|
| 07/19/2022 | 00:00 | Preventive Health Visit | Nurse 11 |
| 08/01/2022 | 00:00 | Follow-up | MLP 03 |
| 08/17/2022 | 00:00 | Chronic Care Visit | Physician 01 |

Non-Medication Orders:
  No Data Found

Active Alerts:
  No Data Found

Consultations:

Pending Institutional Clinical Director Action
  No Data Found

Pending UR Committee Action
  No Data Found

Pending Regional Review Action
  No Data Found

Pending Scheduling
  No Data Found

Reg #:   12885-509                          Inmate Name:   ABDULJABBAR, AWS MUWAFAQ

SENSITIVE BUT UNCLASSIFIED – This information is confidential and must be appropriately safeguarded.

Pending Consultation
  No Data Found

Pending Results
  No Data Found

Sickle Cell:
  Sickle Cell Trait/Disease:    No

Limitations/Restrictions/Diets:
  Cleared for Food Service: No

Comments:

Allergies
  No Known Allergies

Recent Vaccine History

| Vaccine | Given Date | Administered |
|---|---|---|
| COVID-19 Moderna Vaccine | 07/19/2022 08:14 | Refused |

Devices / Equipment
  No Data Found

Travel:
  Direct Travel: No
  Travel Restrictions: None

UNIVERSAL PRECAUTIONS OBSERVED WHEN TRANSPORTING ANY INMATE:

Transfer From Institution:  ALLENWOOD USP              Phone Number: 5705470963
  Address 1:  RT 15,2 MILES N OF
  Address 2:  ALLENWOOD
  City/State/Zip:
              ALLENWOOD, Pennsylvania
              17810

Name/Title of Person Completing Form:  Hernandez, Sara PA-C              Date:   08/09/2022

Inmate Name:   ABDULJABBAR, AWS MUWAFAQ   Reg #:   12885-509   DOB:   10/05/1978   Sex:   M


**Federal Bureau of Prisons**

# U.S. Medical Center for Federal Prisons
1900 W. Sunshine Street
Springfield, MO 65807
417-874-1621

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** ABDULJABBAR, AWS | **Facility** USP Allenwood | **Collected** 07/26/2022 13:24 EDT |
| **Reg #** 12885-509 | **Order Unit** A01-123L | **Received** 07/27/2022 14:29 EDT |
| **DOB** 10/05/1978 | **Provider** Charles Ackley, DO | **Reported** 07/27/2022 16:31 EDT |
| **Sex** M | | **LIS ID** 202221891 |

| CHEMISTRY, URINE | | | |
|---|---|---|---|
| Albumin, Urine | <1.2 | <=2.0 | mg/dL |
| Unable to report ratio due to less than result. | | | |
| Creatinine, Random Urine | 174.2 | 40.0-278.0 | mg/dL |

---

**FLAG LEGEND**    L=Low   L!=Low Critical   H=High   H!=High Critical   A=Abnormal  A! =Abnormal Critical

**86318f3f-a36a-43bd-837a-ad499d7602a1**

LOR-InmateToHealthServices (BOP) <LOR-InmateToHealthServices@bop.gov>
Fri 9/16/2022 2:54 PM
To: ~^! ABDULJABBAR, ~^!AWS MUWAFAQ <12885509@inmatemessage.com>
Cc: Eppley, Donald (BOP) <deppley@bop.gov>
Forwarded to medical records.

---

**From:** ~^! ABDULJABBAR, ~^!AWS MUWAFAQ <12885509@inmatemessage.com>
**Sent:** Friday, September 16, 2022 6:33 PM
**To:** LOR-InmateToHealthServices (BOP) <LOR-InmateToHealthServices@bop.gov>
**Subject:** ***Request to Staff*** ABDULJABBAR, AWS, Reg# 12885509, LOR-N-B

To: Mr Eppley
Inmate Work Assignment: Orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
86318f3f-a36a-43bd-837a-ad499d7602a1
Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

Mr. Eppley,

I would like a copy of my medical records for a motion I am filing. I appreciate your consideration.

Thank You,
Aws Muwafaq Abduljabbar

*RECEIVED 0 PAGES TO DATE.*
*- MEDICAL RECORDS FOR THE PERIOD 1 JUL 2022 TO 20 SEP 2022 -*
*70 PAGES.*
*- NO HIV/PSYCH.*
*RECEIVED 70 PAGES TO DATE.*
*NO FEE UNDER $14.⁰⁰*

X _____
**Copies of Medical Records
given to inmate.**

_____
**D. EPPLEY, HIT
HEALTH INFORMATION TECHNICIAN** DATE: 21 SEP 2022

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M   Race: WHITE | Facility: LOR |
| Encounter Date: | 09/02/2022 13:21 | Provider: Swindell, Kim (MAT) | Unit: N03 |

Chronic Care - 14 Day Physician Eval encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT   **1**          Provider:   Swindell, Kim (MAT) MD/CD

Chief Complaint:   Chronic Care Clinic

Subjective:      Pt presents to CCC; all FCI Loretto MLP notes and activities pertaining to CCC reviewed, if applicable.

1)      HTN: pt reports compliance with amlodipine
2)      ENDO/LIPID: pt reports compliance with atorvastatin and cholecalciferol
3)      DM: pt reports compliance with metformin
ROS:
Denies pain presently.  Denies HA, visual loss, dizziness, syncope, chest pain with or without exertion, dyspnea, abdominal pain, fever, joint swelling, muscle aches.  Denies abdominal pain, vomiting, diarrhea.  Denies testicular pain.  Denies medication side-effects.
Denies depressive symptoms, anhedonia, lack of appetite, sleeping problems, depressed mood, suicidal ideation, homicidal ideation.  Denies anxiety or ruminating thoughts.  Denies hallucinations and delusions.
Pertinent labs:
CXR: 8/15/22
7/26/22
BUN: 10
Cr: 0.8
GFR: >60
Fasting Blood Glucose: 170
AST: 12
ALT: 20
Tot. Chol.: 135
Trig: 136
HDL: 33
LDL: 75
WBC 7.1; Hgb 14.0; Hct 42.9; plt 144
HA1C (semi-annual): 6.4
Micro-albumin/Cr ratio: 0

Pain:      No

**Seen for clinic(s):** Diabetes, Endocrine/Lipid, General, Hypertension

**OBJECTIVE:**
**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 09/02/2022 | 13:21 LOR | 76 | | | Swindell, Kim (MAT) MD/CD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 09/02/2022 | 13:21 LOR | 14 | Swindell, Kim (MAT) MD/CD |

**Blood Pressure:**

Inmate Name: ABDULJABBAR, AWS MUWAFAQ                                    Reg #: 12885-509
Date of Birth: 10/05/1978                    Sex:    M   Race: WHITE      Facility: LOR
Encounter Date: 09/02/2022 13:21             Provider: Swindell, Kim (MAT)  Unit: N03

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|------|------|-------|----------|----------|-----------|----------|
| 09/02/2022 | 13:21 LOR | 131/82 | | | | Swindell, Kim (MAT) MD/CD |

**Weight:**

| Date | Time | Lbs | Kg | Waist Circum. | Provider |
|------|------|-----|-----|---------------|----------|
| 09/02/2022 | 13:21 LOR | 221.0 | 100.2 | | Swindell, Kim (MAT) MD/CD |

#### Exam comments

GEN: NAD, non-toxic appearing
HEENT: PERRL, EOMI, MMM, O/P without lesion, neck supple, no LAD, thyroid normal size and consistency without nodularity; no bruit
Lungs: CTA B/L
Heart: RRR without murmur/rub/gallop
Abd: soft, NT/ND, NABS, no HSM
Ext: warm, WP, brisk cap refill
Skin: extensive sunburn (see PA-C note)
Neuro: normal tone/power/reflexes/gait

## ASSESSMENT:

Essential (primary) hypertension, I10 - Current

Hyperlipidemia, unspecified, E785 - Current

Sunburn, L559 - Current

Type 2 diabetes mellitus, E119 - Current

Vitamin D deficiency, E559 - Current

## PLAN:

#### New Laboratory Requests:

| Details | Frequency | Due Date | Priority |
|---------|-----------|----------|----------|
| Chronic Care Clinics-Diabetic-TSH | One Time | 01/30/2023 00:00 | Routine |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Chronic Care Clinics-Hypertension-CBC | One Time | 07/17/2023 00:00 | Routine |
| Chronic Care Clinics-Hypertension-Lipid Profile | | | |
| Chronic Care Clinics-Diabetic-Hemoglobin A1C | | | |
| Lab Tests-V-Vitamin D, 25-Hydroxy | | | |
| Chronic Care Clinics-Diabetic-Microalbumin & Creatinine, Urine Random | | | |
| Chronic Care Clinics-Hypertension-Comprehensive Metabolic Profile (CMP) | | | |

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|----------|----------------|--------------------|
| Chart_Review | 02/16/2023 00:00 | Physician |
| Chronic Care Visit | 08/02/2023 00:00 | Physician |

**Other:**

1) HA1c at goal
2) BP at goal
3) Continue current therapies

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|----------------|--------|---------------|----------|---------|

Inmate Name:   ABDULJABBAR, AWS MUWAFAQ          Reg #:   12885-509
Date of Birth:   10/05/1978       Sex:   M   Race:   WHITE     Facility:   LOR
Encounter Date:   09/02/2022 13:21     Provider:   Swindell, Kim (MAT)     Unit:   N03

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/02/2022 | Counseling | Diabetes Counseling | Swindell, Kim | Verbalizes Understanding |

**Copay Required:** No       **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Swindell, Kim (MAT) MD/CD on 09/02/2022 13:25

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M  Race:  WHITE | Facility: | LOR |
| Encounter Date: | 08/31/2022 15:30 | Provider: | Hoover, Stephanie PA-C | Unit: | N03 |

Mid Level Provider - Evaluation encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Hoover, Stephanie PA-C

Chief Complaint:   Skin Problem

Subjective:        Pt was brought to health services by housing unit officer after complaining of a sever sunburn. Pt states 2 days ago he got a sunburn on his chest and back.  It began to blister, it is painful and he has nothing to take for it.

**Pain:**        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 09/01/2022 07:03 |
| Location: | Multiple Locations |
| Quality of Pain: | Burning |
| Pain Scale: | 9 |
| Intervention: | see disposition |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 1-2 Days |
| Duration: | 1-2 Days |
| Exacerbating Factors: | touching the area |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 09/01/2022 | 07:05 LOR | | 98.0 | 36.7 | | Hoover, Stephanie PA-C |

**Exam Comments**

Anterior and posterior thorax with sunburn.  Multiple blisters noted across the shoulders and upper back. There area a few areas where the blisters have opened and serous drainage is noted.  No purulent discharge.

**ASSESSMENT:**

Sunburn, L559 - Current

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 08/31/2022 15:30 |
| | **Prescriber Order:**  800 MG Orally  -  three times a day PRN x 5 day(s) -- take with food | |

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|

Date of Birth: 10/05/1978         Sex:  M   Race:  WHITE      Facility:  LOR
Encounter Date: 08/31/2022 15:30     Provider:  Hoover, Stephanie PA-C    Unit:  N03

---

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

Indication:  Sunburn
Start Now:  Yes
Night Stock Rx#:  145506-LOR
Source:  Night Stock
Admin Method:  Self Administration
Stop Date:  09/05/2022 15:29
MAR Label:  800 MG Orally  -  three times a day PRN x 5 day(s) -- take with food
One Time Dose Given:  No

Silver Sulfadiazine Cream 1%                               08/31/2022 15:30
Prescriber Order:    1% Topically  -  three times a day PRN x 7 day(s) -- apply to affected area u
to 3 times a day if needed until healed.
Indication:  Sunburn

**Disposition:**

Follow-up at Sick Call as Needed
Return Immediately if Condition Worsens

**Other:**

Telfa issued to cover open areas

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 09/01/2022 | Counseling | Plan of Care | Hoover, Stephanie | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Hoover, Stephanie PA-C on 09/01/2022 07:16
Requested to be reviewed by  Burk, Steven (MAT) PA-C.
Review documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 08/31/2022 15:30 | Provider: | Hoover, Stephanie PA-C | Facility: | LOR |

**Reviewed by Burk, Steven (MAT) PA-C on 09/16/2022 08:04.**

# Bureau of Prisons
## Health Services
## Clinical Encounter

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M     Race: WHITE | Facility: | ALP |
| Encounter Date: | 08/01/2022 11:23 | Provider: | Servose, Ryan AART | Unit: | A01 |

Admin Note - General Administrative Note encounter at Health Services.

**Reason Not Done:** No Show

**Comments:** Unable to get chest x-ray done due to institutional lockdown. Will attempt to get x-rays completed ASAP.

**Cosign Required:** No

Completed by Servose, Ryan AART on 08/01/2022 11:23.

## Bureau of Prisons
## Health Services
## See Amendment

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M | Race: | WHITE |
| Encounter Date: | 08/01/2022 11:23 | | Facility: | ALP |

**Amendment made to this note by Servose, Ryan AART on 08/01/2022 11:23.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 · | Sex: M   Race:WHITE | Facility: | ALP |
| Note Date: | 07/20/2022 10:12 | Provider: Ackley, Charles (MAT) | Unit: | A01 |

Admin Note - Orders encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Ackley, Charles (MAT) DO

I have reviewed this patient's available medical file for recent labs, tests, and encounters and found this treatment to be clinically indicated at this time.


**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Atorvastatin Tablet | 07/20/2022 10:12 |

  **Prescriber Order:**        10 mg Orally  -  daily x 365 day(s)

  Indication:  Hyperlipidemia, unspecified

**Copay Required:** No        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Ackley, Charles (MAT) DO on 07/20/2022 10:14

# Bureau of Prisons
## Health Services
### Health Screen

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M | Race: | WHITE |
| Encounter Date: | 07/18/2022 19:36 | Provider: Yarnell, J. NRP | Facility: | ALP |

**Seizures:** Denied

**Diabetes:**

    **Type:** Non-Insulin Dependent

    **Age of Onset:**

    **Comments:**

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

    **Age of Onset:**

    **Comments:**

Respiratory: Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:** Denied

**PPD Administration:**

    **Date/Time:** 07/18/2022 19:37

    **Provider:** Yarnell, J. NRP

    **Location:** Left Forearm

    **Drug Mfg:** Sanofi Pasteur

    **Lot Number:** C5841AB

    **Dosage:** 0.1mL

    **Route:** ID

    **Exp Dt:** 06/2023

    **Comments:**

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/18/2022 19:36 | Provider: | Yarnell, J. NRP | Facility: | ALP |

**Infectious Disease Risk Factors:**

**IV Drug Use:** No

**IV Drug Use Needles:**

**Sexual Partner IV Drug Use:** No

**Sexual Partner IV Drug Use Needles:**

**Female Sexual Partners (Last 5 Yrs):** 0

**Male Sexual Partners (Last 5 Yrs):** 0

**Condom Use:** Sometimes

**Sexual Contact With HIV+ Individual:** No

**Blood Product Transfusion:** No

**Travel Outside US:** No

**Tattoos:** No

**Comments:**

**Screenings:**

**COVID-19**

**Intake screening**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or Vomiting

| | |
|---|---|
| **HIV History:** | Denied |
| **Hepatitis:** | Denied |
| **Other Infectious Diseases:** | Denied |

**Abuse History:** Denied

**Physical:** No

**Emotional:** No

**Sexual:** No

**Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/18/2022 19:36 | Provider: | Yarnell, J. NRP | Facility: | ALP |

**Mental Health:**

**Level of Consciousness:** Alert and Oriented

**Psychomotor Activity:** Normal

**General Appearance:** Normal

**Behavior:** Cooperative

**Mood:** Appropriate to Content

**Thought Process:** Goal Directed

**Thought Content:** Normal

**Hx of Mental Health Treatment:** None

**Hx of Head Injury:** None

**Current Mental Health Treatment:** No

**Current Mental Health Complaint:** No

**Hx of Loss of Consciousness:** No

**Hx of Hearing Voices:** No

**Past History of Suicide Attempt:** No

**Current Suicide Ideation:** No

**Suicide Prevention Initiated:** No

**Comments:**

**Substance Use History:** Denied

**Currently enrolled in a medication for opioid use disorder/mat program:** No

**Current Painful Condition:** Denied

**Other Health Issues:**

**Current Medical Conditions:**

**Other Current Treatments:**

**Pregnant:** N/A

**Postpartum:** N/A

**Dental Condition:** Denied

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/18/2022 19:36 | Provider: | Yarnell, J. NRP | Facility: | ALP |

**Observations:**

    **Draining Skin Lesions:** No

    **Signs of Lice:** No

    **Signs of Scabies:** No

    **Signs of Recent Trauma:** No

    **Recent Tattoos:** No

    **Needle Marks:** No

    **Signs of Rash:** No

    **Open Sores:** No

    **Wounds:** No

    **Body Deformities:** No

    **Tremors:** No

    **Sweating:** No

    **Comments:**

**Prosthetic Devices/Equipment:** Denied

**Potential Items For Follow-up:**

    **Item**

    Diabetes History

    Hypertension History

Health Problems Newly Identified During This Encounter:

    Health Problem

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | amLODIPine Tablet | 07/18/2022 19:36 |
| |     **Prescriber Order:**    5 mg Orally  -  daily x 30 day(s) | |
| | Aspirin 81 MG Tablet (365 day) | 07/18/2022 19:36 |
| |     **Prescriber Order:**    81 mg Orally  -  daily x 30 day(s) | |
| | metFORMIN Tablets | 07/18/2022 19:36 |
| |     **Prescriber Order:**    850 mg Orally  -  Two Times a Day x 30 day(s) | |
| | Simvastatin Tablet | 07/18/2022 19:36 |
| |     **Prescriber Order:**    20 mg Orally  each evening x 30 day(s) | |
| |     Non-Formulary was created for this drug | |
| | Vitamin D ( Cholecalciferol ) Tab/Cap | 07/18/2022 19:36 |
| |     **Prescriber Order:**    5,000 units Orally  -  daily x 30 day(s) | |

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/18/2022 19:36 | Provider: | Yarnell, J. NRP | Facility: | ALP |

| **Source** | **Action** | **Type** | **Rx#** | **Medication** | **Order Detail** |
|---|---|---|---|---|---|
| | | OTC | | No known OTCs | |

**Reconciled Orders:**
**No active [Labs, XRays, NMOS, etc.] orders to be reviewed.**
Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| PPD Reading | 07/20/2022 00:00 | Nurse |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** Yes
**Telephone/Verbal Order:** Yes     **By:** Ackley, Charles (MAT) DO
**Telephone or Verbal order read back and verified.**


Completed by Yarnell, J. NRP on 07/18/2022 19:41
Requested to be cosigned by Ackley, Charles (MAT) DO.
Cosign documentation will be displayed on the following page.

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/18/2022 19:36 | Provider: | Yarnell, J. NRP | Facility: | ALP |

**Cosigned by Ackley, Charles (MAT) DO on 07/19/2022 11:20.**

# Bureau of Prisons
# Health Services
# History & Physical

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M   Race:  WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

**Seizures:** Denied

**Diabetes:**

    **Type:** Non-Insulin Dependent

    **Age of Onset:**

    **Comments:**

**Cardiovascular:** Denied

**CVA:** Denied

**Hypertension:**

    **Age of Onset:**

    **Comments:**

Respiratory: Denied

**Sickle Cell Anemia:** Denied

**Carcinoma/Lymphoma:** Denied

**Allergies:** Denied

**Tuberculosis:**

    **Hx of Previous Disease:** No

    **Blood-tinged Sputum:** No

    **Night Sweats:** No

    **Weight Loss:** No

    **Fever:** No

    **Cough:** No

    **Comments:**

**Infectious Disease Risk Factors:**

    **IV Drug Use:** No

    **IV Drug Use Needles:**

    **Sexual Partner IV Drug Use:** No

    **Sexual Partner IV Drug Use Needles:**

    **Female Sexual Partners (Last 5 Yrs):** 0

    **Male Sexual Partners (Last 5 Yrs):** 0

    **Condom Use:** Sometimes

    **Sexual Contact With HIV+ Individual:** No

    **Blood Product Transfusion:** No

    **Travel Outside US:** No

    **Tattoos:** No

    **Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | | Unit: | A01 |

**HIV History:**                        Denied

**Hepatitis:**                          Denied

**Other Infectious Diseases:**          Denied

**Abuse History:** Denied

    **Physical:** No

    **Emotional:**  No

    **Sexual:** No

    **Comments:**

**Mental Health:**

    **Level of Consciousness:** Alert and Oriented

    **Psychomotor Activity:** Normal

    **General Appearance:** Normal

    **Behavior:** Cooperative

    **Mood:** Appropriate to Content

    **Thought Process:** Goal Directed

    **Thought Content:** Normal

    **Hx of Mental Health Treatment:** None

    **Hx of Head Injury:** None

    **Current Mental Health Treatment:** No

    **Current Mental Health Complaint:** No

    **Hx of Loss of Consciousness:** No

    **Hx of Hearing Voices:** No

    **Past History of Suicide Attempt:** No

    **Current Suicide Ideation:** No

    **Suicide Prevention Initiated:** No

    **Comments:**

**Substance Use History:** Denied

**Current Painful Condition:**          Denied

**Other Health Issues:**

    **Current Medical Conditions:**

    **Other Current Treatments:**

**Pregnant:**     N/A

**Postpartum:** N/A

**Dental Condition:** Denied

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M   Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

**Observations:**

**Draining Skin Lesions:** No

**Signs of Lice:** No

**Signs of Scabies:** No

**Signs of Recent Trauma:** No

**Recent Tattoos:** No

**Needle Marks:** No

**Signs of Rash:** No

**Open Sores:** No

**Wounds:** No

**Body Deformities:** No

**Tremors:** No

**Sweating:** No

**Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | | Unit: | A01 |

## Immunizations:

### Hepatitis A Series Administration: History Unknown, Not Administered

**Documented Date:** 07/27/2022 14:12 EST

**Immunization Date:**

**Provider:** Geci, Donald PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

### Hepatitis B Series Administration: History Unknown, Not Administered

**Documented Date:** 07/27/2022 14:12 EST

**Immunization Date:**

**Provider:** Geci, Donald PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

### Measles/Mumps/Rubella Series Administration: History Unknown, Not Administered

**Documented Date:** 07/27/2022 14:12 EST

**Immunization Date:**

**Provider:** Geci, Donald PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

### Smallpox Series Administration: History Unknown, Not Administered

**Documented Date:** 07/27/2022 14:12 EST

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | | Unit: | A01 |

**Immunization Date:**

**Provider:** Geci, Donald PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Tetanus Administration:** History Unknown, Not Administered

**Documented Date:** 07/27/2022 14:12 EST

**Immunization Date:**

**Provider:** Geci, Donald PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Varicella Series Administration:** History Unknown, Not Administered

**Documented Date:** 07/27/2022 14:12 EST

**Immunization Date:**

**Provider:** Geci, Donald PA-C

**Location:**

**Drug Mfg:**

**Lot Number:**

**Dosage:**

**Route:**

**Exp Dt:**

**Comments:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 97.2 | 36.2 | | Geci, Donald PA-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 77 | | | Geci, Donald PA-C |

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Location</u> | <u>Rhythm</u> | <u>Provider</u> |
|---|---|---|---|---|---|

**Respirations:**

| <u>Date</u> | <u>Time</u> | <u>Rate Per Minute</u> | <u>Provider</u> |
|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 16 | Geci, Donald PA-C |

**Blood Pressure:**

| <u>Date</u> | <u>Time</u> | <u>Value</u> | <u>Location</u> | <u>Position</u> | <u>Cuff Size</u> | <u>Provider</u> |
|---|---|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 163/97 | | | | Geci, Donald PA-C |

**SaO2:**

| <u>Date</u> | <u>Time</u> | <u>Value(%)</u> | <u>Air</u> | <u>Provider</u> |
|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 99 | | Geci, Donald PA-C |

**Height:**

| <u>Date</u> | <u>Time</u> | <u>Inches</u> | <u>Cm</u> | <u>Provider</u> |
|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 69.0 | 175.3 | Geci, Donald PA-C |

**Weight:**

| <u>Date</u> | <u>Time</u> | <u>Lbs</u> | <u>Kg</u> | <u>Waist Circum.</u> | <u>Provider</u> |
|---|---|---|---|---|---|
| 07/27/2022 | 14:10 ALX | 225.0 | 102.1 | | Geci, Donald PA-C |

**Prosthetic Devices/Equipment:** Denied

**Tobacco Usage:** Denied

**General Social History:**

  **Foreign Travel:**

  **Born in USA:** No

  **Country of Birth:** Iraq

**Family History - Father:**

  **Age at Death:**

  **Cause of Death:**

  **Significant Illnesses:**

    Prostate Cancer

  **Comments:**

**Family History - Mother:**

  **Age at Death:**

  **Cause of Death:**

  **Significant Illnesses:**

  **Comments:** Healthy

**Family History - Sibling:**

  **Number of Siblings:** 3

  **Significant Illnesses:**

  **Comments:** Healthy

**ROS:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M   Race:  WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

**General**

    **Constitutional Symptoms**

        No: Chills, Fever

**Head:**

    **Normal:**  Yes

    **Comments:**

**Eyes:**

    **EOMI:** Yes

    **Icterus:** No

    **Conjunctival Inflammation:** No

    **Pupils PERRLA:** Yes

    **Pupil Size Rt:**

    **Pupil Size Lt:**

    **Pupils Comments:**

    **Fundi Vessels Nicking:** No

    **Fundi Vessels Discs Flat:** Yes

    **Fundi Vessels Discs Sharp Margins:** Yes

    **Fundi Vessels Grounds Abnormal:** No

    **Eyes Comments:**

**Ears:**

    **Right Ear:**  Canal patent

    **Left Ear:**  Canal patent

    **Ears Comments:**

**Nose:**

    **Nares Patent:** Yes

    **Septum Midline:** Yes

    **Septum Intact:** Yes

    **Drainage/Discharge:** No

    **Polyps:** No

    **Nose Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M   Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

**Mouth**

    **Lesions:** No

    **Oral/Buccal Mucosa:** Yes

    **Gums Normal:** Yes

    **Tonsils Present:** Yes

        **Tonsils Normal:** Yes

    **Pharynx:** Normal Color

    **Teeth Poor Dentition:** No

    **Teeth Count:** Mostly Present

    **Dentures:** No

    **Mouth Comments:**

**Cranial Nerves:**

    **Intact II-XII:** Yes

    **Cranial Nerves Comments:**

**Neck:**

    **Full ROM:** Yes

    **Masses/Nodes:** No

    **Trachea:** Midline

    **Thyroid:** Normal Size

    **Comments:**

**Breasts: Not Done**

    **Instructions for Self Breast Exam Given:** No

    **Comments:** Not done

**Thorax:**

    **Contour Normal:** Yes

        **Increased AP Diameter:** No

        **Asymmetrical Expansion:** No

    **Lungs Clear:** Yes

        **Wheezes:** No

        **Crackles:** No

        **Rhonchi:** No

        **Rales:** No

        **Accessory Muscle Use:** No

    **Comments:**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: M    Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: Geci, Donald PA-C | Unit: | A01 |

**Spine:**

**Deformity:** No

**Full ROM:** Yes

**Tenderness:** No

**Comments:**

**Cardiovascular:**

**RRR:** Yes

**Normal S1/S2:** Yes

**Murmurs:** No

**Carotid Bruits:** No

**JVD:** No

**Arteries:**          <u>Right</u>          <u>Left</u>

   **Radial:**

   **Femoral:**

   **Dorsalis Pedis:**

   **Post. Tibialis:**

**Comments:**

**Abdomen:**

**Normal Contour:** Yes

**Scaphoid:** No

**Obese:** No

**Gravid:** No

**Hernias:** No

**Bruits:** No

**Masses:** No

**Scars:** No

**Tenderness:** No

**Organomegaly:** No

**Active Bowel Sounds:** Yes

**Comments:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

**Extremities:**

    **Nails Clubbing:** No

    **Nails Cyanosis:** No

    **Lower Extremity Edema - Right:** None

    **Lower Extremity Edema - Left:** None

    **Atrophy:** No

    **Amputations:** No

    **Other Deformities:** No

    **Varicosities:** No

    **Calf Tenderness:** No

    **Pulse Deficit:** No

| **Strength:** | **Right** | **Left** |
|---|---|---|
| **Arm:** | | |
| **Leg:** | | |
| **Full ROM:** | **Right** | **Left** |
| **Arm:** | Yes | Yes |
| **Leg:** | Yes | Yes |
| **Comments:** | | |

**Reflexes:**

| | **Right** | **Left** |
|---|---|---|
| **Biceps:** | | |
| **Patellar:** | | |
| **Brachioradialis:** | | |
| **Achilles:** | | |

    **Sensation:**

        **Vibratory:** Yes

        **Light Touch:** Yes

        **Pin Prick:** Yes

    **Comments:**

**GU:**

    **Chaperoned By:**

**Rectum: Not Done**

    **Comments:** Not done

**Male Genitalia: Not Done**

    **Comments:** Not done

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M   Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

**Skin:**

    **Normal:** Yes

    **Rash:** No

    **Redness:** No

    **Abnormal Pigmentation:** No

    **Abnormal Lesions/Growths:** No

    **Comments:**

**Lymphatics:**

    **Adenopathy:** No

    **Comments:**

**Potential Items For Follow-up:**

    <u>Item</u>

    Diabetes History

    Hypertension History

    Breasts Not Done

    Rectum Not Done

    Male Genitalia Not Done

    PPD Administration Not Performed

**Cleared For Food Services:** No

Health Problems Newly Identified During This Encounter:

<u>Health Problem</u>

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | amLODIPine Tablet | | 07/27/2022 14:04 |
| | **Prescriber Order:** | 10 mg Orally -  daily x 90 day(s) | |
| | Indication: | Essential (primary) hypertension | |

**Discontinued Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| 667732-ALX | *amLODIPine  5 MG TAB* | | *07/27/2022 14:04* |
| | **Prescriber Order:** | *Take one tablet (5 MG) by mouth daily* | |
| | Discontinue Type: | *When Pharmacy Processes* | |
| | Discontinue Reason: | *new order written* | |
| | Indication: | | |

**Other:**

    He has no concerns today. His blood pressure was elevated. He does report taking his blood pressure medication today. Amlodipine will be increased to 10 mg daily. He verbalized understanding and agreed to the treatment plan.

**Disposition:**

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M   Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Unit: | A01 |

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 07/27/2022 | Counseling | Access to Care | Geci, Donald | Verbalizes Understandin |
| 07/27/2022 | Counseling | Diagnosis | Geci, Donald | Verbalizes Understandin |
| 07/27/2022 | Counseling | Plan of Care | Geci, Donald | Verbalizes Understandin |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No        **Cosign Required:** Yes

**Telephone/Verbal Order:** No

Completed by Geci, Donald PA-C on 07/27/2022 14:18

Requested to be cosigned by Ackley, Charles (MAT) DO.

Cosign documentation will be displayed on the following page.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2022 14:04 | Provider: | Geci, Donald PA-C | Facility: | ALP |

**Cosigned by Ackley, Charles (MAT) DO on 07/27/2022 15:00.**

**Bureau of Prisons**

**Health Services**

**PPDs**

| Reg #: 12885-509 | | Inmate Name: ABDULJABBAR, AWS MUWAFAQ | | |
|---|---|---|---|---|

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 07/18/2022  19:37 | Left Forearm | Yarnell, J. NRP | 07/21/2022  06:27 | 11 mm | Holtzapple, Jennifer PA |
| Orig Entered: 07/18/2022 19:38 EST | | Yarnell, J. NRP | Orig Entered: 07/21/2022 06:28 EST | | Holtzapple, Jennifer PA |

**Total: 1**

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:  ABDULJABBAR, AWS MUWAFAQ | | Reg #:  12885-509 |
| Date of Birth:  10/05/1978 | Sex:  M      Race:  WHITE | Facility:  ALP |
| Encounter Date: 07/18/2022 19:38 | Provider:  Yarnell, J. NRP | Unit:  A01 |

**Screenings:**

**COVID-19**

**Intake screening**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or Vomiting

Cosign Required:No
Completed by Yarnell, J. NRP on 07/18/2022 19:38.

**Bureau of Prisons**
**Health Services**
**Pain Management**

| Begin Date: | 07/01/2022 | End Date: | 09/20/2022 |
|---|---|---|---|
| Reg #: | 12885-509 | Inmate Name: | ABDULJABBAR, AWS MUWAFAQ |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 09/01/2022 07:03 LOR | Burning | Multiple Locations | 9 | see disposition | | Hoover, Stephanie PA-C |

Orig Entered: 09/01/2022 07:06 EST  Hoover, Stephanie PA-C

# Bureau of Prisons
## Health Services
### Allergies

Reg #:  12885-509                              Inmate Name:  ABDULJABBAR, AWS MUWAFAQ

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 07/18/2022 | |

**Orig Entered:**    07/18/2022 19:38 EST    Yarnell, J. NRP

**Total:**  1

**Bureau of Prisons**
**Health Services**
**Patient Education Assessments & Topics**

| Reg #: 12885-509 | Inmate Name: ABDULJABBAR, AWS MUWAFAQ |
| --- | --- |

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
| --- | --- | --- | --- | --- | --- |
| 07/21/2022 | One to One | Other | 10 | Language | Ackley, Charles |
| | English is adequate | | | | |
| | Orig Entered: 07/21/2022 12:24 EST   Ackley, Charles (MAT) | | | | |

**Total: 1**

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
| --- | --- | --- | --- | --- |
| 09/02/2022 | Counseling | Diabetes Counseling | Verbalizes Understanding | Swindell, Kim |
| | Orig Entered: 09/02/2022 13:23 EST   Swindell, Kim (MAT) | | | |
| 09/01/2022 | Medication | Silver Sulfadiazine Cream 1%,   50 GM | Pharmacy No participation | Harris, J. |
| | Orig Entered: 09/01/2022 10:39 EST   Harris, J. | | | |
| 09/01/2022 | Counseling | Plan of Care | Verbalizes Understanding | Hoover, Stephanie |
| | Orig Entered: 09/01/2022 07:15 EST   Hoover, Stephanie | | | |
| 07/27/2022 | Counseling | Access to Care | Verbalizes Understanding | Geci, Donald |
| | Orig Entered: 07/27/2022 14:16 EST   Geci, Donald | | | |
| 07/27/2022 | Counseling | Diagnosis | Verbalizes Understanding | Geci, Donald |
| | Orig Entered: 07/27/2022 14:17 EST   Geci, Donald | | | |
| 07/27/2022 | Counseling | Plan of Care | Verbalizes Understanding | Geci, Donald |
| | Orig Entered: 07/27/2022 14:17 EST   Geci, Donald | | | |
| 07/21/2022 | Counseling | Access to Care | Verbalizes Understanding | Ackley, Charles |
| | Orig Entered: 07/21/2022 12:24 EST   Ackley, Charles (MAT) | | | |

**Total: 7**

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 12885-509          Inmate Name:  ABDULJABBAR, AWS MUWAFAQ

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Type 2 diabetes mellitus | | ICD-10 | E119 | 07/21/2022 | Current | |
| 07/21/2022 12:24 EST  Ackley, Charles (MAT) DO | | | | | | |
| Vitamin D deficiency | | ICD-10 | E559 | 07/21/2022 | Current | |
| 07/21/2022 12:27 EST  Ackley, Charles (MAT) DO | | | | | | |
| Hyperlipidemia, unspecified | | ICD-10 | E785 | 07/20/2022 | Current | |
| 07/20/2022 10:13 EST  Ackley, Charles (MAT) DO | | | | | | |
| Essential (primary) hypertension | | ICD-10 | I10 | 07/21/2022 | Current | |
| 07/21/2022 12:24 EST  Ackley, Charles (MAT) DO | | | | | | |
| Sunburn | | ICD-10 | L559 | 09/01/2022 | Current | |
| 09/01/2022 07:13 EST  Hoover, Stephanie PA-C | | | | | | |
| LTBI Pending Tx Eval | III | ICD-10 | P795.5 | 07/21/2022 | Current | |
| 07/21/2022 06:28 EST  Holtzapple, Jennifer PA | | | | | | |

Total: 6

# Bureau of Prisons
# Health Services
## COVID-19 AG

| Begin Date: | 07/01/2022 | End Date: | 09/20/2022 |
|---|---|---|---|
| Reg #: | 12885-509 | Inmate Name: | ABDULJABBAR, AWS MUWAFAQ |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 08/28/2022 09:30 LOR | Negative | Asymptomatic | Mock, Shianne NRP, Paramedic |
| **Orig Entered:** | 08/28/2022 09:31 EST | Mock, Shianne NRP, Paramedic | |
| 08/23/2022 06:19 LOR | Negative | Asymptomatic | Baker, Linzi Phlebotomist |
| **Orig Entered:** | 08/23/2022 06:20 EST | Baker, Linzi Phlebotomist | |
| 08/19/2022 10:26 ALX | Negative | Asymptomatic | Palmeter, Eddie Phlebotomist |
| Mass testing | | | |
| **Orig Entered:** | 08/19/2022 10:27 EST | Palmeter, Eddie Phlebotomist | |
| 08/10/2022 14:20 ALX | Negative | Asymptomatic | Palmeter, Eddie Phlebotomist |
| Mass testing | | | |
| **Orig Entered:** | 08/10/2022 14:21 EST | Palmeter, Eddie Phlebotomist | |
| 07/28/2022 12:14 ALX | Negative | Asymptomatic | Palmeter, Eddie Phlebotomist |
| Mass testing | | | |
| **Orig Entered:** | 07/28/2022 12:15 EST | Palmeter, Eddie Phlebotomist | |
| 07/19/2022 13:57 ALX | Negative | Asymptomatic | Palmeter, Eddie Phlebotomist |
| Mass testing | | | |
| **Orig Entered:** | 07/19/2022 13:58 EST | Palmeter, Eddie Phlebotomist | |
| 07/18/2022 16:35 ALX | Negative | Asymptomatic | Taylor, Rachal RN,IOP/IDC, Regional |
| **Orig Entered:** | 07/18/2022 16:36 EST | Taylor, Rachal RN,IOP/IDC, Regional Diabetic Nurse Consultant | |

**Total:** 7

**Bureau of Prisons**
**Health Services**
**Immunizations**

| Begin Date: | 07/01/2022 | End Date: | 09/20/2022 |
| Reg #: | 12885-509 | Inmate Name: | ABDULJABBAR, AWS MUWAFAQ |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Moderna Vaccine | 07/19/2022 | Refused | | | | | | |
| | **Orig Entered:** 07/19/2022 08:14 EST | Taylor, Rachal RN,IOP/IDC, Regional Diabetic Nurse Consultant | | | | | | |
| Hepatitis A Series | | History Unknown | | | | | | |
| | **Orig Entered:** 07/27/2022 14:12 EST | Geci, Donald PA-C | | | | | | |
| Hepatitis B Series | | History Unknown | | | | | | |
| | **Orig Entered:** 07/27/2022 14:12 EST | Geci, Donald PA-C | | | | | | |
| Measles/Mumps/Rubella Series | | History Unknown | | | | | | |
| | **Orig Entered:** 07/27/2022 14:12 EST | Geci, Donald PA-C | | | | | | |
| Smallpox Series | | History Unknown | | | | | | |
| | **Orig Entered:** 07/27/2022 14:12 EST | Geci, Donald PA-C | | | | | | |
| Tetanus | | History Unknown | | | | | | |
| | **Orig Entered:** 07/27/2022 14:12 EST | Geci, Donald PA-C | | | | | | |
| Varicella Series | | History Unknown | | | | | | |
| | **Orig Entered:** 07/27/2022 14:12 EST | Geci, Donald PA-C | | | | | | |

**Total: 7**

# Bureau of Prisons
# Health Services
# Dental A&O Exam

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 08/03/2022 06:38 | Provider: | Barkauskas, Stacey | Unit: | A01 |

Reviewed Health Status:     Yes
Occlusion:     Class I
Oral Hygiene:  Poor

**CPITN:**

| 2 | 3 | 2 |
|---|---|---|
| 2 | 3 | 3 |

Hard and soft tissue examination performed and documented on BP618 form:     Yes
Head & Neck/Soft Tissue within normal limits?     Yes
Comments:

| **Decayed:** | **Missing:** | **Filled:** |
|---|---|---|
| 10 | 7 | 5 |

Comments:
Approved for hygiene appointment and radiographs:     Yes
Instructed inmate how to obtain routine and emergency dental care.  Oral hygiene instructions given:     Yes

Dental A&O Screening Exam findings entered on ABDULJABBAR, AWS MUWAFAQ by Barkauskas, Stacey DMD, CDO on 08/03/2022 06:38.

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | | Reg #: | 12885-509 |
|---|---|---|---|---|---|---|
| Date of Birth: | 10/05/1978 | Sex: | M | Race: WHITE | Facility: | ALP |
| Encounter Date: | 07/20/2022 09:31 | Provider: | Dunkle, Leah DA | | Unit: | A01 |

Administrative Note encounter at Dental Clinic.

**Reason Not Done:**   Unavailable

**Comments:** Inmate is currently housed in unit that is on contact quarantine. Dental a&o cannot be completed at this time. Dental a&o will be rescheduled when housing unit is cleared and not in quarantine.

**Cosign Required:** No

Completed by Dunkle, Leah DA on 07/20/2022 09:32.

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2022 18:16 | Provider: | Lab Result Receive | Facility: | ALP |

**Reviewed by Geci, Donald PA-C on 07/28/2022 06:37.**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2022 18:16 | Provider: | Lab Result Receive | Facility: | ALP |

**Cosigned by Ackley, Charles (MAT) DO on 07/29/2022 07:36.**

**Bureau of Prisons**
**Health Services**
**Cosign/Review**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2022 16:50 | Provider: | Lab Result Receive | Facility: | ALP |

**Reviewed by Geci, Donald PA-C on 07/28/2022 06:38.**

## Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | ABDULJABBAR, AWS MUWAFAQ | | | Reg #: | 12885-509 |
| Date of Birth: | 10/05/1978 | Sex: | M | Race: | WHITE |
| Encounter Date: | 07/27/2022 16:50 | Provider: | Lab Result Receive | Facility: | ALP |

**Cosigned by Ackley, Charles (MAT) DO on 07/29/2022 07:34.**

BP-A0618
JUN 16
**U.S. DEPARTMENT OF JUSTICE**

## A&O DENTAL EXAMINATION
### (Initial Clinical Dental Findings)

**FEDERAL BUREAU OF PRISONS**

| Occlusion: | Class 1 | | |
|---|---|---|---|
| Oral Hygiene: | Good | Fair | (Poor) |
| CPITN: | 2 | 3 | 2 |
| | 2 | 3 | 3 |

Head & Neck / Soft Tissue: WNL

D: 10
M: 7
F: 5

Classification:

Pain Scale: Ø /10

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17 LEFT

| Dental Prostheses at Intake: | | Comments: |
|---|---|---|
| Yes (No) Type: Age: Condition: | | |

| Intra-oral Photos Taken: Yes   No ✓ | Radiographs Taken: (Document findings on A&O encounter) Yes   No ✓ |
|---|---|

| Instructed how to obtain urgent and non-urgent dental care: | Yes: ✓ | No: |
|---|---|---|

| Treatment Priorities: | None: | Non-urgent: | Urgent: Referred to Sick Call: |
|---|---|---|---|

| Radiographs authorized: PAs: X BWs: X Panorex: X | | Prophylaxis authorized:   Yes ✓   No (Approval valid 18 months from examination date) |
|---|---|---|

| Patient Name: Abduljabbar, Aws Muwafaq | | Dentist Signature: |
|---|---|---|
| Register Number: 12885-509 | Institution: USP Allenwood | Date: 8-03-2022 | Signature Block/Stamp: S. Barkauskas, DMD FCC Allenwood |

PDF                   Prescribed by P6400                   Replaces BP-A0618 of JUN 10

BP-A1136
MAR 2022

## COVID-19 VACCINE CONSENT - INMATE

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| (PRINT) Inmate Name (Last, First) | Register Number | Institution |
|---|---|---|
| Abduljabbar | 12885-509 | ALP |

I have been provided a copy of the FDA COVID-19 fact sheet dated _____. I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding, or have a weakened immune system to include taking immunosuppressive drugs. I have been informed that mRNA vaccines are preferred over the Janssen vaccine because of the risk of thrombosis with thrombocytopenia syndrome following receipt of the Janssen vaccine.

Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)

| Yes | No | Health Questions |
|---|---|---|
| ☐ | ☐ | Are you sick today? |
| ☐ | ☐ | Do you have a bleeding disorder or take a blood thinner? |
| ☐ | ☐ | Have you ever had a severe allergy (i.e., anaphylaxis) *OR* an immediate allergic reaction of any severity to any component of this vaccine (i.e., PEG, polysorbate), a previous dose of this vaccine, or any other vaccine/injectable therapy? |
| ☐ | ☐ | Have you ever had myocarditis or pericarditis (inflammation of the heart muscle or its lining)? |
| ☐ | ☐ | Have you ever had multisystem inflammatory syndrome (persistent fever and severe inflammation) due to COVID-19 or after COVID-19 vaccination? |
| | | For the **Janssen (Johnson & Johnson)** vaccine only: |
| ☐ | ☐ | Have you ever had Guillain-Barré syndrome (progressive paralysis)? |
| ☐ | ☐ | Have you had thrombosis (blood clotting) with thrombocytopenia (low platelets)? |
| ☐ | ☐ | **Have you ever received a dose of COVID-19 vaccine?  If yes, which one?** ☐ Pfizer-BioNTech   ☐ Moderna   ☐ Janssen *(Johnson & Johnson)*   ☐ Another product **How many doses?** _____ **Date of last dose:** _____ |

☐ **I consent to receive the COVID-19 vaccination.**

| Inmate Signature: | | Date: |
|---|---|---|
| Administered by Signature/Credentials: | | Date: |
| (PRINT) Administered by Name/Credentials: | | |

☑ **decline to receive the COVID-19 vaccination.**
  ☐ I have already been vaccinated with ☐ Pfizer-BioNTech ☐ Moderna ☐ Janssen *(Johnson & Johnson)*
                      ☐ Another product   How many doses? _____   Date of last dose: _____
  ☐ Other reason: _____

| Inmate Signature: X | | R. Taylor, RN | Date: 7-18-22 |
|---|---|---|---|
| Witness Signature/Credentials: | | IOP/IDC | Date: 7-18-22 |
| (PRINT) Witness Name/Credentials: | | FCC Allenwood | |

### COVID-19 Vaccine Information

| Dose # (1, 2, 3, or booster) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|---|---|---|---|---|---|
| | | | | IM | ☐ Left ☐ Right |

EXHIBIT 1A

```
   LORHK  540*23 *            SENTENCE MONITORING          *     09-16-2022
   PAGE 001        *          COMPUTATION DATA             *     08:44:46
                              AS OF 09-16-2022

   REGNO..: 12885-509 NAME: ABDULJABBAR, AWS MUWAFAQ


   FBI NO...........: 873423MC4         DATE OF BIRTH: 10-05-1978  AGE:  43
   ARS1.............: LOR/A-DES
   UNIT.............: NORTH              QUARTERS.....: N03-233U
   DETAINERS........: NO                 NOTIFICATIONS: NO
```

✳ FSA ELIGIBILITY STATUS IS: ELIGIBLE ✳

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.

HOME DETENTION ELIGIBILITY DATE....: 02-09-2023

THE INMATE IS PROJECTED FOR RELEASE: 05-31-2023 VIA GCT REL


```
                RELEASE AUDIT COMPLETED ON 07-20-2022 BY DSCC
   ---------------------CURRENT JUDGMENT/WARRANT NO: 010 -----------------------
   COURT OF JURISDICTION...........: DIST OF COLUMBIA, DISTRICT CRT
   DOCKET NUMBER...................: CR 20-63(01)(RC)
   JUDGE...........................: CONTRERAS
   DATE SENTENCED/PROBATION IMPOSED: 06-24-2022
   DATE COMMITTED..................: 08-23-2022
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS  FINES       COSTS
   NON-COMMITTED.: $100.00        $00.00         $00.00      $00.00

   RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT: $00.00

   ------------------------CURRENT OBLIGATION NO: 010 --------------------------
   OFFENSE CODE....: 153     18:286,371 FRAUD, OTHER
   OFF/CHG: 18:371 CONSPIRACY TO DEFRAUD THE UNITED STATES

    SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:     37 MONTHS
    TERM OF SUPERVISION............:      3 YEARS
    DATE OF OFFENSE................: 04-01-2019
```

```
   G0002       MORE PAGES TO FOLLOW . . .
```

EXHIBIT 3
## FSA Recidivism Risk Assessment (PATTERN 01.03.00)
Register Number:12885-509, Last Name:ABDULJABBAR

**U.S. DEPARTMENT OF JUSTICE**                     **FEDERAL BUREAU OF PRISONS**

| | |
|---|---|
| Register Number: 12885-509 | Risk Level Inmate....: R-LW |
| Inmate Name |   General Level......: R-LW (8) |
|   Last.........: ABDULJABBAR |   Violent Level......: R-MIN (5) |
|   First........: AWS | Security Level Inmate: LOW |
|   Middle.......: MUWAFAQ | Security Level Facl..: LOW |
|   Suffix.......: | Responsible Facility.: LOR |
| Gender.........: MALE | Start Incarceration..: 06/24/2022 |

### PATTERN Worksheet Summary

| Item | - Value | - General Score | - Violent Score |
|---|---|---|---|
| Current Age | 43 | 14 | 8 |
| Walsh w/Conviction | FALSE | 0 | 0 |
| Violent Offense (PATTERN) | FALSE | 0 | 0 |
| Criminal History Points | 0 | 0 | 0 |
| History of Escapes | 0 | 0 | 0 |
| History of Violence | 0 | 0 | 0 |
| Education Score | NotEnrolled | 0 | 0 |
| Drug Program Status | NoNeed | -6 | -3 |
| All Incident Reports (120 Months) | 0 | 0 | 0 |
| Serious Incident Reports (120 Months) | 0 | 0 | 0 |
| Time Since Last Incident Report | N/A | 0 | 0 |
| Time Since Last Serious Incident Report | N/A | 0 | 0 |
| FRP Refuse | FALSE | 0 | 0 |
| Programs Completed | 0 | 0 | 0 |
| Work Programs | 0 | 0 | 0 |
| | | Total  8 | 5 |

Exhibit 5

ISSUED: 10.3.22 *[handwritten]*

**U.S. DEPARTMENT OF JUSTICE**                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: *ABDil JABBIR, Aws*        *12885-509*        *North-A*        *Loretto*
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A- INMATE REQUEST** In response to your explanation on the BP-8, I maintain that FCI
Loretto is part of the BOP and as such is responsible for calculating my ETCs. Since I am
FSA eligible, I am entitled <u>by law</u> to receive my ETCs every 30 days regardless of the BOP's
mishandling of the FSA implementation process or any other reason. <u>Stewart v. Snider</u>, 2022
US Dist. LEXIS 100512 (N.D.AL, 2022). The practice of arbitrarily refusing to award an eligible
inmate their accrued ETCs is "adminstrating the law out of existence", and the Supreme Court
has deemed this behavior illegal. <u>West Virginia v. Environmental Protection Agency</u>, 142 S.Ct
420, 211 L.Ed.2d 243, 2021 US LEXIS 5337. Therefore I would like to receive my ETCs now and
every month hereafter, as this has been the law of the land for over four years.

October 4, 2022
      DATE                                   SIGNATURE OF REQUESTER

**Part B- RESPONSE**

      DATE                                   WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                        CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

                                                CASE NUMBER: _____

**Part C- RECEIPT**
Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.      UNIT      INSTITUTION

Exhibit 6



Federal Correctional Institution, Loretto

Inmate Request for Compassionate Release Consideration Form

| TO: **Unit Team** | DATE: September 23, 2022 |
|---|---|
| FROM (print): Aws Muwataq Abduljabber | REGISTER NO: 12885-509 |
| Signature: Copy | UNIT: N03-23 |

<u>Instructions</u>: In order to be considered for Compassionate Release, you must complete this form and send it to the CMC/RIS Coordinator.  The information will be used to determine if your request for Compassionate Release meets the minimum guidelines for consideration, as referenced in the <u>Program Statement 5050.50, Compassionate Release/Reduction in Sentence</u>.

1.  Check the category you are requesting Compassionate Release Consideration: (only one per request)

☐ Request based on Terminal Medical Condition
☐ Request based on Debilitated Medical Condition
☐ Request based on Elderly non medical (70 years or older served 30 years of sentence)
☐ Request based on Elderly Inmates over 65 with Medical Conditions who have served more than 50% of sentence
☐ **Request based on inmates age 65 or older who have served the greater of 10 years or 75% of the term of imprisonment to which the inmate was sentenced**
☐ Request based on Death or Incapacitation of the Family Member Caregiver where you are the only caregiver for your minor child
☐ Request based on Incapacitation of a Spouse or Registered Partner where you are the only available caretaker

2.  Explain the extraordinary or compelling circumstances which could not have been foreseen at the time of your sentencing you believe warrant Compassionate Release consideration. Continue on back, if necessary.

I am asking for a compassionate release based on family issues, prison conditions, COVID-19, lack of programming, monkeypox, and my health issues.

3.  Explain your proposed Release Plans and continue on back, if necessary.   The information should include the following detailed information:
    1. Address and phone number of where you plan to live.
    2. Your family supports in the community.
    3. How you plan to cover your medical expenses and support yourself.
    4. Where continued health treatment and services will be received.

I will return to live with my family.

**Sensitive Limited Official Use Only**          This form will be maintained in the Inmate's Central File.

Exhibit 6 (a)

ABDULJABBAR, Aws Muwafaq
Reg. No.: 12885-509

This is in response to your Request for Compassionate
Release/Reduction in Sentence Consideration dated September 23,
2022. You request a compassionate release based on the
"Debilitated Medical Condition".

A thorough review of your request was completed utilizing Program
Statement 5050.50, Compassionate Release/Reduction in Sentence.
The Medical Review/Summary prepared in your case indicates that
you have not been diagnosed with an incurable disease and you are
able to perform activities of daily living.  Additionally, you
are not confined to a bed or a chair more than 50% of waking
hours.  You also do not have a diagnosis of a cognitive deficit
which affects your mental capacity for function. Based upon this
information, you are not eligible for a Compassionate Release due
to a debilitated medical condition.

The BOP is taking extraordinary measures to contain the spread of
COVID-19 and treat any affected inmates. We recognize that you,
like all of us, have legitimate concerns and fears about the
spread and effects of the virus. However, your concern about
being potentially exposed to, or possibly contracting COVID-19
does not currently warrant an early release from your sentence.

Accordingly, your request for Compassionate Release/Reduction in
Sentence is denied.  If you are dissatisfied with this response,
the First Step Act allows you to file an appeal directly to the
court 30 days after requesting compassionate release from the
Warden without utilizing and/or exhausting the Administrative
Remedy process. You may also appeal through the Administrative
Remedy Program.

_____                    _____
M. Underwood, Warden                           10/13/2022   Date

Appendix Exhibit Alpha

## PERSONAL JOURNAL.

# You Had Covid. How Long Are You Protected?



YOUR HEALTH
SUMATHI REDDY

**IF YOU HAD** Covid-19, how long can you expect to be protected from another infection?

Doctors say the window between infections might be shrinking, fueled in part by the immune-evading Omicron BA.5 subvariant, although researchers are still gathering data.

The U.S. Centers for Disease Control and Prevention has long set 90 days as its window for what counts as a new Covid-19 infection, meaning that symptoms of a prior infection have been considered the same infection. Getting reinfected sooner has always been possible but uncommon.

Now, reinfections are happening more often and can occur closer in time, say infectious-disease specialists and epidemiologists. They cite the march of new subvariants emerging and circulating simultaneously as well as BA.5's ability to evade immune protections. In addition, doctors note, people are taking fewer precautions, such as masking indoors

or avoiding large gatherings.

"This new variant's superpower is reinfection," says Peter Chin-Hong, a University of California, San Francisco infectious-disease specialist and professor of medicine. The 90-day rule of thumb now is "completely out the window," he says.

You are still unlikely to get reinfected with the same subvariant within a few weeks or months, doctors say. So if you just had BA.5, you probably won't get it again this summer, they say.

The rapid rise of new variants and subvariants presents challenges. Most people won't know for sure which subvariant they had, and many have been circulating in recent months. If you had a BA.2 infection a month ago you might still be vulnerable to BA.5, for example.

Australian health officials recently changed their definition of what counts as a Covid reinfection to a new infection occurring at

least 28 days after recovery from the last one, down from 12 weeks.

The CDC still defines a Covid reinfection as a new Covid infection "past the next three months. I don't enter a previous one, a definition that some doctors say is outdated. When the rule of thumb was first established, most people were getting diagnosed using PCR tests, which can detect dead virus and keep yielding positive results even when people are no longer infectious. The CDC didn't respond to requests for comment.

The 90-day rule took hold early in the pandemic when more people were taking precautions, such as social distancing, masking and avoiding travel, says John Wherry, director of the Institute for Immunology at the University of Pennsylvania. Now, many people who recover from Covid-19 resume normal life without taking preventive measures and get exposed again.

For people who were recently infected with a different Omicron subvariant, a new infection with BA.5 eight weeks, UCSF's Dr. Chin-Hong

**The rapid rise of Covid-19 variants and subvariants is presenting serious challenges.**

estimates, mainly because it can better evade immune defenses.

A Covid-19 infection is no longer a "get out of jail free" card for the next three months. "I don't think anyone should think they're invincible," Dr. Wherry says.

Even before BA.5 spread, research showed that reinfections within 90 days were possible, though uncommon.

Danish researchers found in a March preprint, which hasn't been peer-reviewed, that though reinfections were rare, a number of them occurred within 60 days. Other preliminary studies, including one from the CDC, made similar findings.

A person's vulnerability to reinfection increases over time, notes David Dowdy, an epidemiologist at Johns Hopkins Bloomberg School of Public Health in Baltimore. "It's not that after 90 days suddenly you become fully susceptible" to infection, he says. "It's really that at 60 days you are somewhat susceptible and at 90 days you're more susceptible and by 120 days you're

even more susceptible."

He says a reinfection now with BA.5 will likely protect someone from reinfection by the same subvariant for months, he estimates, because that is the variant the body's defenses will recognize best.

Some medical experts like Daniel Barouch, chief of the division of infectious diseases at Brigham and Women's Hospital in Boston, say the 90-day rule for reinfections is still reasonable. Some people will get reinfected within two months, but he says most reinfections will happen after a longer window.

The two key factors, he says, are how a new variant differs from one that infected a person previously and how persistent the person's immune response has been after a person's most-recent infection.

"It's very possible that within two months it's unlikely, but the outlook becomes foggier after two and three months. And as the variants emerge, the windows will change. This is going to be a constantly changing parameter," he says.



GETTY IMAGES (2)



**Fig. 1.** Cryo-EM structure of the Omicron spike protein.

**Fig. 2.** SPR analysis of the wild-type, Delta, and Omicron spike protein affinities for human ACE2.

## REPORTS

### CORONAVIRUS

# SARS-CoV-2 Omicron variant: Antibody evasion and cryo-EM structure of spike protein–ACE2 complex

Dhiraj Mannar†, James W. Saville†, Xing Zhu†, Shanti S. Srivastava†, Alison M. Berezuk†, Katharine S. Tuttle†, Ana Cláfid Marques†, Inna Sekhon†, Sriram Subramaniam*‡

The newly reported Omicron variant is poised to replace Delta as the most prevalent severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) variant across the world. Cryo–electron microscopy (cryo-EM) structural analysis of the Omicron variant spike protein in complex with human angiotensin-converting enzyme 2 (ACE2) reveals new salt bridges and hydrogen bonds formed by mutated residues arginine-493, serine-496, and arginine-498 in the receptor binding domain with ACE2. These interactions appear to compensate for other Omicron mutations such as the substitution of asparagine for lysine at position 417 (N417) that are known to reduce ACE2 binding affinity, resulting in similar biochemical ACE2 binding affinities for the Delta and Omicron variants. Neutralization assays show that pseudoviruses that display the Omicron spike protein exhibit increased antibody evasion. The increase in antibody evasion and the retention of strong interactions at the ACE2 interface thus represent important molecular features that likely contribute to the rapid spread of the Omicron variant.

The Omicron (B.1.1.529) variant of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), first reported in November 2021, was quickly identified as a variant of concern with the potential to spread rapidly across the world. This concern is heightened because the Omicron has the most mutations of any previously reported variant of SARS-CoV-2 and has a spike protein with more than 30 amino acid substitutions. Analysis of the first batches of Omicron genomes suggests that it can be derived from one of the variants of concern as new subvariants circulating in present and may have a different origin.

recognition of the angiotensin-converting enzyme 2 (ACE2) receptor. The Omicron variant spike protein has 37 mutations, as compared to 10 mutations in the Gamma variant spike protein, which was previously the variant with the greatest number of spike protein mutations. Understanding the consequences of these mutations for ACE2 receptor binding and neutralizing antibody evasion is important in guiding the development of effective therapeutics to limit the spread of the Omicron variant and related variants.

The spike protein comprises two domains: the S1 domain, which contains the receptor binding domain (RBD), and the S2 domain, which is responsible for membrane fusion. The Omicron variant spike protein is distributed both on the surface and the interior of the spike protein (Fig. 1C), including the NTD and RBD regions.

†Department of Biochemistry and Molecular Biology, University of British Columbia, Vancouver, BC, Canada.
*Corresponding author. Email: sriram.subramaniam@ubc.ca (S.S.)
†These authors contributed equally to this work.

(I). The RBD contains several mutations to human cells through the ACE2 receptor and is the primary target of neutralizing antibodies (A, B). The Delta variant, which was the predominant SARS-CoV-2 lineage until the emergence of Omicron, has seven mutations in the spike protein relative to the Wuhan-Hu-1 strain, with two mutations falling within its RBD. Of the Delta spike protein mutations, two (T478K (Thr⁴⁷⁸→Lys) in the RBD and D614G (Asp⁶¹⁴→Gly) at the C-terminus of S1) are shared with the Omicron strain.



**Fig. 3.** Cryo-EM structure of the Omicron spike protein–ACE2 complex.

In global prevalence, and to wild-type SARS-CoV-2, given that most SARS-CoV-2 vaccine programs are focused on the original Wuhan-Hu-1 spike protein sequence (12).

We used a panel of neutralizing monoclonal antibodies that include four NTD-directed antibodies (4A8, 4-8, 2305, and S2M11) (19–22) and two RTD-directed antibodies (4-8 and 4A8; (28, 27)) to investigate the impact of Omicron spike protein mutations on antibody neutralization and ACE2 receptor evasion.

## REFERENCES AND NOTES

1. S. Zhu et al., *N. Engl. J. Med.* 382, 727–733 (2020).
2. P. Zhou et al., *Nature* 579, 270–273 (2020).
3. F. Wu et al., *Nature* 579, 265–269 (2020).

ACKNOWLEDGMENTS
SUPPLEMENTARY MATERIALS
science.org/doi/10.1126/science.abn7760

Exhibit-Delta

# Covid: The variants keep coming

Previous Covid surges had recognizable peaks, said Chas Danner in *New York* magazine, but this one "might be more like a flood." Omicron's BA.2.12.1 subvariant, which can evade antibodies from vaccination and prior infections, has been quietly infecting millions of Americans for months, but may soon be outcompeted by two new subvariants, BA.4 and BA.5. These highly mutated versions of the coronavirus are now causing more than 20 percent of U.S. infections, and appear to be more transmissible, more able to cause breakthrough infections in the vaccinated, and more likely to reinfect those who've already caught Covid. As BA.4 and BA.5 spread in a largely mask-free country, they will cause "*a lot* of breakthrough infections and reinfections," including among people who were sickened by the original Omicron strain a few months ago. The new strains do not seem to cause more-severe illness, but the overlapping waves of subvariants could make this "a sustained-spread summer."

The new subvariants appear to behave differently than their predecessors do, said Katherine Wu in *The Atlantic*, with shorter incubation periods and "sneezier, head-cold–esque symptoms." More worryingly, home tests increasingly fail to detect these infections until four or five days after Covid symptoms appear, which means people could spread the virus without realizing it. So where's the urgency to help people fight off these viral invaders? asked Andrew Romano in *Yahoo! News*. Congressional Republicans are blocking the already whittled-down $10 billion Covid package, and there is no "Operation Warp Speed for next-generation vaccines" or improvement in indoor ventilation, which can greatly reduce infection rates. The country has sunk into "Covid complacency." That may mean that people get Covid multiple times, raising their risk of long Covid and a host of lingering symptoms.

Complacency could also lead to "the worst-case scenario," said Zeynep Tufekci in *The New York Times*. That's the evolution of a variant that evades prior immunity *and* causes "severe disease"—with terrible human and economic consequences. To reduce that risk, we need to use our tools and update vaccines, "vaccinate globally," and upgrade ventilation to minimize indoor transmission. But the will to combat Covid has waned. After more than two years of this pandemic, we know what to do but "just can't get our act together."

*Exhibit: epsilon*

# Fauci: Covid Will Keep Infecting Even Vaccinated People

President Biden's chief medical adviser tells *Barron's* that the virus may never be eliminated. Why immunity only holds for several months.

BY MATT PETERSON

Covid-19 won't be eradicated, and even those who are vaccinated will keep getting it, Dr. Anthony Fauci, President Joe Biden's chief medical adviser, told *Barron's*.

That was hammered home on Thursday when the White House announced that Biden had been infected. The president, who has four shots on his vaccine card, is feeling fine, the White House says.

The virus is transmissible enough to slip past vaccinations, present enough to infect even the president, potent enough to seriously endanger those not maximally boosted—and still changing fast. That makes it quite different from diseases that health authorities have contained in the past.

Reached at his office on what he joked was an uneventful day, Fauci declined to discuss the specifics of the president's case. But he took a few minutes to flesh out the picture of an evolving virus. An edited version of the conversation follows.

**Barron's: What's happening with the virus now—given that someone like Biden can get infected yet isn't at high risk of hospitalization?**
Anthony Fauci: What you're saying is something that is very commonly experienced now, including by yours truly. The vaccines against the original strain were very good. Not perfect, but very good against preventing infection.

What we're seeing is a gradual increase in the transmissibility of the virus. Although the vaccines, even with boosters, continue to protect quite well against severe disease leading to hospitalizations and death, because of the exquisitely high transmissibility of these emerging variants, people are getting infected at a very high rate.

**Many people are now getting second infections. Do we know how severe reinfections are?**
I think we don't know. I have seen and heard of people who are infected the first time and had a moderately severe infection. They didn't get hospitalized, but it was enough to put them out of action for several days to a week or more. Then they got reinfected and had a relatively mild illness. I've also had people call me who've gotten infected the first time around, have done reasonably well with a minor degree of symptomatology, and got infected the second time around and had a more severe disease.

The one thing in general is that the immunity you get from infection, superimposed upon a person who is vaccinated and boosted, becomes very powerful.

**The spread of at-home rapid testing means we're undercounting infections. Does that matter?**
You get a pretty good feel of what the level is from sampling wastewater as well as from PCR tests. Putting long Covid aside, the general feeling among the Centers for Disease Control and Prevention and many of the health people locally is that the critical issue is people getting significantly ill. And rather than focus intensively on the number of cases, one should spend more effort on analyzing what the



numbers of hospitalizations are, what the hospitalization capacity is, etc.

Having said that, [the amount of serious illness] is still in my mind at too high a level. I don't accept the idea of 300 deaths per day, or having 40,000 people in the hospital, or having several hundred thousand cases a day. Everybody's hoping to get a degree of what they call endemicity, living with the virus at a level that does not disrupt society. That's where I think we're going. I don't believe we're going to eradicate this. We've only eradicated smallpox. I don't believe we're even going to eliminate it, like we've done with measles, because this virus is different. It's highly transmissible.

Instead of being a stable virus like smallpox and measles, which doesn't change, and instead of the immunity being durable as with measles and smallpox, where if you get infected or if you get vaccinated, your immunity lasts at least for decades, and maybe for a lifetime, we know now that SARS-CoV-2 is very different. Not only does it not stay stable but it continues to evolve with new variants. And we've experienced that very profoundly over the past 2½ years.

The other thing is that the immunity isn't durable. We know that people get infected and then get reinfected. And people get vaccinated, and they get infected. So, immunity isn't measured in decades or lifetimes. It's measured in several months.

So what do you do? You try to get it to as low a level as possible so it does not disrupt the social order, economically, entertainment-wise, school-wise. You live with it at a level that's not disruptive and you can go on in society. But that's not the level we're at now.

**Do you see evidence in people's behavior that they're taking this as seriously as they ought to?**
No, of course not. Even though you're not required to wear masks on planes, the fact is you go to the airport and very few people are wearing masks. We're not talking about mandates; we're talking about common-sense recommendations. In general, the public, in wishing that this thing was behind us and we're done with it, might be being a little bit less attentive to the fact that there's still a lot of virus around.

Thank you, Dr. Fauci. ▣

> "Everybody's hoping to get a degree of what they call endemicity, living with the virus at a level that does not disrupt society."
>
> Anthony Fauci

Stephen Voss/Redux

Clerk of the Court                                    November   , 2022

United States District Court

333 Constitution Avenue NW

Washington, DC 20001


Aws Muwataq Abduljabber 12885-509

FCI Loretto

P.O. Box 1000

Cresson, PA 16630

LEAVE TO FILE GRANTED
11/18/2022

Re: Case no. cr-20-63


Dear Sir/Madam,

I have attached a Motion requesting Compassionate Release under 18 USC 3582(c)

(1)(A)(i). Please be aware that I am proceeding pro se and in forma pauperis.

I appreciate your consideration.


                                              Sincerely

                                              _____

                                              Aws Muwataq Abduljabber,

                                              Pro se, in forma pauperis


RECEIVED
Mail Room

NOV - 7 2022

Angela D. Caesar, Clerk of Court
U.S. District & Bankruptcy Courts